**EXHIBIT B**

| Claim 1 of the '580 Patent | Defendant's Infringing Products |
|---|---|
| A method comprising: | To the extent the preamble is limiting, Defendant's Infringing Products perform methods that utilize AI-enabled dashcams.[1] As part of these operations, Defendant's Infringing Products perform a calibration method to calibrate its dashcam's prior to use. This calibration is automatic and repeated on a regular or periodic basis as well as on-demand by Defendant's customers.[2] |
| receiving, over a network from a camera device, a video comprising a set of image frames; | Defendant's Infringing Products include a windshield-mounted dashcam (e.g., the Infringing Dashcams) that includes an outward-facing camera that captures images and "automatically uploads HD video footage to the Samsara Cloud."[3]<br><br>After installation, the dashcams of Defendant's Infringing Products are automatically calibrated.[4] As part of this operation, the dashcams capture images of the roadway for "30 minutes at speeds greater than 45 mph."[5] Upon information and belief, this video stream (which includes a set of image frames) is transmitted to the Defendant's Infringing Platform for processing and calibration.[6] For example, in a "Fleet menu" of Defendant's Infringing Platform, users can view these image frames captured during calibration: |

---

[1] Samsara, *Harness the Power of Your Data,* https://www.samsara.com/products/platform; Samsara, *CM32,* https://www.samsara.com/products/models/cm32/.
[2] Samsara, *Dash Cam Calibration*, https://kb.samsara.com/hc/en-us/articles/360045297011-Dash-Cam-Calibration.
[3] Samsara, *CM32,* https://www.samsara.com/products/models/cm32/.
[4] Samsara, *Dash Cam Calibration*, https://kb.samsara.com/hc/en-us/articles/360045297011-Dash-Cam-Calibration.
[5] *Id.*
[6] *Id.*

1

| | |
|---|---|
| | [7] |
| identifying one or more lines in the video using a predictive model, the one or more lines including a horizon line; | Based on the captured images, and upon information and belief, Defendant's Infringing Platform uses image processing and machine learning-based predictive modeling to determine where in the series of image frames a horizon line appears.[8] Upon information and belief, Defendant's Infringing Platform also identifies a vertical center line within the captured image.[9] |

---

[7] *Id.*
[8] *Id.*
[9] *Id.*

| | |
|---|---|
| | ![road image with blue crosshair lines]¹⁰ |
| computing at least one camera parameter based on the one or more lines; | Upon information and belief, based on these lines, Defendant's Infringing Platform can automatically determine the dash cam height.¹¹ As indicated below, upon information and belief, Defendant's Infringing Platform determines the camera height based on the positioning of a vanishing point on the horizon line.¹² |
| overlaying the one or more lines on the video to generate an overlaid video; | Defendant's Infringing Platform provides a "Fleet Menu" that displays captured video with the horizon line and center line: |

---

¹⁰ *Id.*
¹¹ *Id.*
¹² *Id.*

| | |
|---|---|
| | [image of roadway with blue crosshair overlay showing horizon line and camera height]<br>[13] |
| transmitting the overlaid video to an annotator device for manual review; | The "Fleet Menu" provided as part of Defendant's Infringing Platform is a webpage that includes the above image and is transmitted to a user's computing device for "Manual[] … Calibration."[14] This webpage provides an "image thumbnail" that includes the captured image and controls for reviewing the captured image. |
| receiving a confirmation from the annotator device, the confirmation indicating that the one or more lines are accurate; and | Upon information and belief, after viewing the detected horizon line and camera height, Defendant's Infringing Platform can confirm the horizon line by receiving a confirmation or acceptance of the lines as predicted.[15] Alternatively, Defendant's Infringing Platform can adjust a horizon line based on user feedback, improving the accuracy of the horizon line as indicated by the green lines: |

---

[13] *Id.*
[14] *Id.*
[15] *Id.*

| | |
|---|---|
| | [16] |
| transmitting data representing the at least one camera parameter to the camera device. | Upon acceptance or editing of a horizon line, upon information and belief, Defendant's Infringing Platform receives a confirmation or new horizon from end user devices.[17] Upon information and belief, Defendant's Infringing Platform is configured to update and transmit the camera height and horizon parameters to Defendant's dashcam devices. |

---

[16] *Id.*
[17] *Id.*