1  David S. Bloch (SBN CA 184530)
   GREENBERG TRAURIG, LLP
2  101 Second Street, Suite 2200
   San Francisco, California 94105-3668
3  Telephone:    415.590.5110
   Facsimile:    415.707.2010
4  blochd@gtlaw.com

5  Yang Liu (SBN CA 319390)
   GREENBERG TRAURIG, LLP
6  1900 University Avenue, 5th Floor
   East Palo Alto, California, 94303
7  Telephone:    650.328.8500
   Facsimile:    650.328.8508
8

9  Joseph Petrosinelli (*pro hac vice*)
   C. Bryan Wilson (*pro hac vice*)
10 Angela Pyo (SBN 337973)
   Jack H. Danon (*pro hac vice*)
11 WILLIAMS & CONNOLLY LLP
   680 Maine Avenue, S.W.
12 Washington, D.C. 20024
   Telephone:    202.434.5547
13 Facsimile:    202.434.5029
   jpetrosinelli@wc.com
14 bwilson@wc.com
   apyo@wc.com
15 jdanon@wc.com

16
   Attorneys for Plaintiff
17 MOTIVE TECHNOLOGIES, INC.

18
19                    **UNITED STATES DISTRICT COURT**
20                    **NORTHERN DISTRICT OF CALIFORNIA**

21 | MOTIVE TECHNOLOGIES, INC., a Delaware Corporation | CASE NO. 24-cv-00902-JD |
|---|---|
22 |           Plaintiff, | |
23 | v. | **PLAINTIFF MOTIVE'S NOTICE OF DEVELOPMENTS IN THE DISTRICT OF DELAWARE AND ARBITRATION AND REQUEST TO LIFT THE STAY** |
24 | SAMSARA INC., a Delaware corporation. | |
25 |           Defendant. | |

26

Pursuant to the Court's Order of June 4, 2024, ECF 52, Plaintiff Motive Technologies, Inc. hereby provides notice of developments in the suit that Defendant Samsara Inc. filed in the District of Delaware and in the parties' ongoing private JAMS arbitration before Judge Ware regarding the same claims. The Court had stayed this action until the District of Delaware ruled on Motive's motion to transfer Samsara's action to this district. *Id.*

On August 14, 2024, Judge Noreika in the District of Delaware entered an order granting Motive's motion to transfer the Samsara's suit to the Northern District of California. The Delaware Court concluded that the first-to-file rule does not apply because "[a]s Motive correctly points out, . . . [the Delaware] action does not involve the same issues already before another district court. . . . [The Delaware] action stems from Motive's alleged infringement of Samsara's patents and theft of its proprietary technology, whereas the California Action principally involves Samsara's purported infringement of Motive's patent and misappropriation of its trade secrets – two factually distinct disputes." **Exhibit 1** at 6 n.4 (internal quotation marks omitted). The Delaware Court then engaged in the traditional balancing test and concluded that the facts "weigh strongly in favor of transfer." *Id.* at 14. As part of this analysis, Judge Noreika "note[d] that Samsara's decision to initiate the ITC Investigation shortly after filing the [Delaware] Complaint . . . calls into question whether Samsara ever fully intended to litigate in [district court] at all." *Id.* at 11. She further concluded that an "additional practical factor that weighs in favor of transfer is the Forum Selection Clause contained in Samsara's [Terms of Service]. . . . Samsara simply cannot press that clause across the board against its customers while simultaneously claiming that the Northern District [of California] is inconvenient here." *Id.* An Order directing the clerk of the Delaware Court to transfer the case to this district issued the same day. **Exhibit 2**.

In the meantime, the JAMS Arbitration has been moving forward. The parties conducted a Case Management Conference with Judge Ware on August 8, 2024. Judge Ware set a further Case Management Conference for August 23, 2024. As memorialized in Judge Ware's Order No. 3, attached as **Exhibit 3**, "[a]t the August 8 Conference, the Arbitrator informed the parties that the Arbitrator intends to advance the case at the August 23 Conference by way of case setting."

The sole reason why this action was stayed has thus been resolved, and Samsara's action will soon be transferred to this Court. Accordingly, the Court should lift the stay (ECF 52) on Motive's factually distinct dispute, deny Samsara's motion to transfer to the District of Delaware (ECF 34), and re-set the Initial Status Conference.

DATED: August 15, 2024

Respectfully submitted,

By: */s/ David S. Bloch*
David S. Bloch (SBN CA 184530)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.590.5110
Facsimile: 415.707.2010
david.bloch@gtlaw.com

Yang Liu (SBN CA 319390)
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, California, 94303
Telephone: 650.328.8500
Facsimile: 650.328.8508
yang.liu@gtlaw.com

Joseph G. Petrosinelli (*pro hac vice*)
C. Bryan Wilson (*pro hac vice*)
Angela Pyo (SBN CA 337973)
Jack H. Danon (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, D.C. 20024
Telephone: 202.434.5547
Facsimile: 202.434.5029
jpetrosinelli@wc.com
cwilson@wc.com
apyo@wc.com
jdanon@wc.com

Attorneys for Plaintiff
MOTIVE TECHNOLOGIES, INC.