Ellisen S. Turner, P.C. (SBN 224842)
Ali-Reza Boloori (SBN 271489)
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, CA 90067
Telephone:  (310) 552-4200
Facsimile:  (310) 552-5900
ellisen.turner@kirkland.com
ali-reza.boloori@kirkland.com

Joseph A. Loy, P.C. (*Pro Hac Vice*)
Joshua L. Simmons, P.C. (*Pro Hac Vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone:  (212) 446-4980
Facsimile:  (212) 446-4900
jloy@kirkland.com
joshua.simmons@kirkland.com

Jeanne M. Heffernan, P.C. (*Pro Hac Vice*)
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
Telephone:  (512) 678-9100
Facsimile:  (512) 678 9101
jheffernan@kirkland.com

Karthik Ravishankar (*Pro Hac Vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Telephone:  (202) 389-5000
Facsimile:  (202) 389-5200
karthik.ravishankar@kirkland.com

*Attorneys for Samsara Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMSARA INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MOTIVE TECHNOLOGIES, INC.,<br><br>    Defendant | CASE NO. 3:24-CV-06049-JD |
| MOTIVE TECHNOLOGIES, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSARA, INC.,<br><br>    Defendant. | CASE NO. 3:24-cv-00902-JD<br><br>**DECLARATION OF ELLISEN S. TURNER PURSUANT TO OCTOBER 31, 2024 ORDER**<br><br>Judge: Hon. James Donato |

DECLARATION OF ELLISEN S. TURNER PURSUANT TO OCTOBER 31, 2024 ORDER

CASE NOS. 3:24-cv-00902-JD
3:24-cv-06049-JD

I, Ellisen S. Turner, declare as follows:

1. I am a Partner with the law firm of Kirkland & Ellis LLP and a member in good standing of the California state bar. I represent Samsara Inc. ("Samsara") in the above-captioned cases.

2. I submit this certification pursuant to the Court's October 31, 2024 Order ("Order") requiring a declaration attesting to compliance with the directives therein.

3. Pursuant to the Order, I certify that I met and conferred with counsel for Motive Technologies, Inc.'s ("Motive") in-person in Washington, D.C., at 2 p.m. Eastern Time on November 6, 2024. We met for one hour and discussed exchanging documents to facilitate settlement, a process and schedule for making that exchange in a protected manner, mediator selection, and mediation timing.

4. The parties have exchanged lists of specific requests for documents and information sought to advance settlement discussions. The parties' respective counsel are engaged in ongoing discussions concerning the exchange of documents and information responsive to the parties' respective requests, and have identified a selected mediator before whom they intend to schedule a settlement conference for mid- to late-January of 2025.

*   *   *

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Washington, D.C., on November 13, 2024.

DATED: November 13, 2024						Respectfully submitted,

						/s/ Ellisen S. Turner, P.C.
						Ellisen S. Turner, P.C.