Ellisen S. Turner, P.C. (SBN 224842)
Ali-Reza Boloori (SBN 271489)
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, CA 90067
Telephone:   (310) 552-4200
Facsimile:    (310) 552-5900
ellisen.turner@kirkland.com
ali-reza.boloori@kirkland.com

Attorneys for SAMSARA INC.

*Additional counsel on signature page*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOTIVE TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSARA INC., <br><br> Defendant. | Case No. 3:24-cv-00902-JD <br><br> **NOTICE OF PETITION FOR *INTER PARTES* REVIEW AGAINST U.S. PATENT NO. 11,875,580** |

As a further update to the parties' Joint Status Report (Dkt. 79), Defendant Samsara Inc. ("Samsara") informs the Court that on February 14, 2025, Samsara filed a petition for *Inter Partes* Review ("IPR") in the United States Patent and Trademark Office to cancel claims 1–7 of U.S. Patent No. 11,875,580 ("the '580 patent").[1] In this case, Defendant Motive Technologies, Inc. ("Motive") has accused Samsara of infringing claim 1 of the '580 patent. Samsara served the IPR petition on Motive's counsel of record in this case on February 14, 2025.

DATED: February 18, 2025

Respectfully submitted,

/s/ Ali-Reza Boloori

Ellisen S. Turner, P.C. (SBN 224842)
Ali-Reza Boloori (SBN 271489)
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, CA 90067
Telephone:   (310) 552-4200
Facsimile:    (310) 552-5900
ellisen.turner@kirkland.com
ali-reza.boloori@kirkland.com

Joseph A. Loy, P.C. (*pro hac vice*)
Joshua L. Simmons, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue,
New York, NY 10022
Telephone:   (212) 446-4980
Facsimile:    (212) 446-4900
jloy@kirkland.com
joshua.simmons@kirkland.com

Jeanne M. Heffernan, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
Telephone:   (512) 678-9100
Facsimile:    (512) 678-9101
jheffernan@kirkland.com

---

[1] Samsara's Petition has been docketed at the Patent Trial and Appeal Board as Case IPR2025-00574.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Karthik Ravishankar (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Telephone:   (202) 389-5000
Facsimile:    (202) 389-5200
karthik.ravishankar@kirkland.com

*Attorneys for* SAMSARA INC.

**CERTIFICATE OF SERVICE**

I, Ali-Reza Boloori, hereby certify that, on February 18, 2025, I caused a true and correct copy of the foregoing to be served on all counsel of record via the Court's electronic filing system.

/s/ Ali-Reza Boloori

Ali-Reza Boloori