David S. Bloch (SBN CA 184530)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone:    415.590.5110
Facsimile:    415.707.2010
blochd@gtlaw.com

Yang Liu (SBN CA 319390)
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Telephone:    650.328.8500
Facsimile:    650.328.8508

Joseph Petrosinelli (*pro hac vice*)
C. Bryan Wilson (*pro hac vice*)
Jack H. Danon (*pro hac vice*
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, D.C. 20024
Telephone:    202.434.5547
Facsimile:    202.434.5029
jpetrosinelli@wc.com
bwilson@wc.com
jdanon@wc.com

Attorneys for Plaintiff
MOTIVE TECHNOLOGIES, INC.

Ellisen S. Turner, P.C. (SBN CA 224842)
Ali-Reza Boloori (SBN CA 271489)
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, CA 90067
Telephone:    (310) 552-4200
Facsimile:    (310) 552-5900
ellisen.turner@kirkland.com
ali-reza.boloori@kirkland.com

Joseph A. Loy, P.C. (*pro hac vice*)
Joshua L. Simmons, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue,
New York, NY 10022
Telephone:    (212) 446-4980
Facsimile:    (212) 446-4900
jloy@kirkland.com
joshua.simmons@kirkland.com

Jeanne M. Heffernan, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
Telephone:    (512) 678-9100
Facsimile:    (512) 678-9101
jheffernan@kirkland.com

Karthik Ravishankar (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Telephone:    (202) 389-5000
Facsimile:    (202) 389-5200
karthik.ravishankar@kirkland.com

Attorneys for Defendant
SAMSARA INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOTIVE TECHNOLOGIES, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSARA INC.,<br><br>　　　　　Defendant. | CASE NO. 24-CV-00902-JD<br><br>**STIPLATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE JOINT PROPOSED CASE SCHEDULE** |

1       Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiff Motive Technologies, Inc. ("Motive") and
2   Defendant Samsara Inc. ("Samsara") (collectively, "Parties") stipulate as follows:
3       WHEREAS on March 31, 2025, the Court ordered the Parties to file a jointly proposed case
4   schedule by April 23, 2025 (Dkt. 85);
5       WHEREAS the Parties are negotiating a mutually acceptable case schedule and require
6   additional time to consider scheduling proposals in light of counsel and witness availabilities;
7       WHEREAS the Court previously modified the deadlines in the case as follows:
8       • Granted the Parties' stipulation to extend the deadline for Samsara to respond to the
9           Complaint from March 8, 2024 to April 22, 2024 (Dkts. 25, 33); and
10      • Stayed the case from June 4, 2024 to March 31, 2025 (Dkts.52, 85); and
11      WHEREAS the requested extension would not affect the schedule for the case;
12      NOW, THEREFORE, IT IS HERBY STIPULATED by and between the Parties that they shall
13  file a jointly proposed case schedule by April 25, 2025.
14      IT IS SO STIPULATED.

| | |
|---|---|
| DATED:  April 22, 2025 | Respectfully submitted, |
| */s/ David S. Bloch* | */s/ Ali-Reza Boloori* |
| David S. Bloch (SBN CA 184530)<br>GREENBERG TAURIG, LLP<br>101 Second Street, Suite 2200<br>San Francisco, California 94105-3668<br>Telephone:   415.590.5110<br>Facsimile:    415.707.2010<br>blochd@gtlaw.com | Ellisen S. Turner, P.C. (SBN CA 224842)<br>Ali-Reza Boloori (SBN CA 271489)<br>KIRKLAND & ELLIS LLP<br>2049 Century Park East<br>Los Angeles, CA 90067<br>Telephone:    (310) 552 4200<br>Facsimile:     (310) 552-5900<br>ellisen.turner@kirkland.com<br>ali-reza.boloori@kirkland.com |
| Yang Liu (SBN CA 319390)<br>GREENBERG TRAURIG, LLP<br>1900 University Avenue, 5th Floor<br>East Palo Alto, California 94303<br>Telephone:   650.328.8500<br>Facsimile:    650.328.8508 | Joseph A. Loy, P.C. (*pro hac vice*)<br>Joshua L. Simmons, P.C. (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue,<br>New York, NY 10022<br>Telephone:    (212) 446-4980<br>Facsimile:     (212) 446-4900<br>jloy@kirkland.com<br>joshua.simmons@kirkland.com |
| Joseph Petrosinelli (*pro hac vice*)<br>C. Bryan Wilson (*pro hac vice*)<br>Jack H. Danon (*pro hac vice*<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue, S.W.<br>Washington, D.C. 20024<br>Telephone:   202.434.5547<br>Facsimile:    202.434.5029<br>jpetrosinelli@wc.com<br>bwilson@wc.com<br>jdanon@wc.com | Jeanne M. Heffernan, P.C. (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>401 Congress Avenue<br>Austin, TX 78701<br>Telephone:    (512) 678-9100<br>Facsimile:     (512) 678-9101<br>jheffernan@kirkland.com |
| Attorneys for Plaintiff<br>MOTIVE TECHNOLOGIES, INC. | Karthik Ravishankar (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue N.W.<br>Washington, D.C. 20004<br>Telephone:    (202) 389-5000<br>Facsimile:     (202) 389-5200<br>karthik.ravishankar@kirkland.com |
| | Attorneys for Defendant<br>SAMSARA INC. |

**[proposed] ORDER**

Pursuant to stipulation, and good cause appearing therefor, IT IS SO ORDERED.

DATED: _____

_____
U.S. DISTRICT JUDGE

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)**

I, Ali-Reza Boloori, hereby attest, pursuant to N.D. Cal. Civil Local Rule 5-1, that the concurrence to the filing of this document has been obtained from David S. Bloch, signatory hereto.

Dated: April 22, 2025

By: */s/ Ali-Reza Boloori*
Ali-Reza Boloori

**CERTIFICATE OF SERVICE**

On 4/22/2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and Civil L.R. 5-1 have been so served.

*/s/ Ali-Reza Boloori*
Ali-Reza Boloori