David S. Bloch (SBN CA 184530)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone:  415.590.5110
Facsimile:  415.707.2010
blochd@gtlaw.com

Yang Liu (SBN CA 319390)
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Telephone:  650.328.8500
Facsimile:  650.328.8508

Joseph Petrosinelli (*pro hac vice*)
C. Bryan Wilson (*pro hac vice*)
Jack H. Danon (*pro hac vice*
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, D.C. 20024
Telephone:  202.434.5547
Facsimile:  202.434.5029
jpetrosinelli@wc.com
bwilson@wc.com
jdanon@wc.com

Attorneys for Plaintiff
MOTIVE TECHNOLOGIES, INC.

Ellisen S. Turner, P.C. (SBN CA 224842)
Ali-Reza Boloori (SBN CA 271489)
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, CA 90067
Telephone:  (310) 552-4200
Facsimile:  (310) 552-5900
ellisen.turner@kirkland.com
ali-reza.boloori@kirkland.com

Joseph A. Loy, P.C. (*pro hac vice*)
Joshua L. Simmons, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue,
New York, NY 10022
Telephone:  (212) 446-4980
Facsimile:  (212) 446-4900
jloy@kirkland.com
joshua.simmons@kirkland.com

Jeanne M. Heffernan, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
Telephone:  (512) 678-9100
Facsimile:  (512) 678-9101
jheffernan@kirkland.com

Karthik Ravishankar (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Telephone:  (202) 389-5000
Facsimile:  (202) 389-5200
karthik.ravishankar@kirkland.com

Attorneys for Defendant
SAMSARA INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOTIVE TECHNOLOGIES, INC., <br><br>   Plaintiff, <br><br> v. <br><br> SAMSARA INC., <br><br>   Defendant. | CASE NO. 24-CV-00902-JD <br><br> **JOINT PROPOSED CASE SCHEDULE** |

JOINT PROPOSED CASE SCHEDULE                                   CASE NO. 24-CV-00902-JD

Pursuant to the Court's March 31, 2025 and April 23, 2025 orders (Dkts. 85, 88), Plaintiff Motive Technologies, Inc. ("Motive") and Defendant Samsara Inc. ("Samsara") propose the following case schedule (where the parties could not agree on a proposed date for a case event, each party provides its own proposal):

| Case Event | Plaintiff's Proposed Date | Defendant's Proposed Date |
|---|---|---|
| Samsara's Answer and Counterclaims[1] | May 15, 2025 ||
| Responses to Interrogatories and Requests for Production already served | May 27, 2025 ||
| Rule 26(a)(1) Initial Disclosures | June 5, 2025 | July 3, 2025 |
| Revised Case Management Statement | June 5, 2025 | July 3, 2025 |
| Initial Case Management Conference | June 12, 2025 10:00 am | July 10, 2025 10:00 am |
| Motive's Amended Patent L.R. 3-1 and 3-2 Disclosures and Accompanying Document Production | May 29, 2025 | July 24, 2025 |
| Samsara's Patent L.R. 3-1 and 3-2 Disclosures and Accompanying Document Productions | May 29, 2025 | July 24, 2025 |
| Deadline to Amend the Pleadings/Add Parties | June 10, 2025[2] ||
| Patent L.R. 3-3 and 3-4 Invalidity Contentions | July 10, 2025 | September 5, 2025 |
| Patent L.R. 4-1 Exchange of Proposed Terms for Construction | July 24, 2025 | September 19, 2025 |
| Patent L.R. 4-2 Exchange of Preliminary Constructions and Extrinsic | August 14, 2025 | October 10, 2025 |

---

[1] Samsara will file its Answer without prejudice to its pending motion to dismiss. Samsara intends to assert counterclaims for patent infringement against Motive.

[2] By agreeing to this date (proposed by Motive), Samsara does not waive its objections to any such amendment by Motive, including under Fed. R. Civ. P. 15.

| | | |
|---|---|---|
| Evidence | | |
| Deadline to Request Leave to Designate more than Ten Terms for Claim Construction<br><br>Two Weeks before Joint Claim Construction Statement and Prehearing Statement per Claim Construction Standing Order R. 4 | August 25, 2025 | October 21, 2025 |
| Patent L.R. 3-8<br>Damages Contentions | August 29, 2025 | October 24, 2025 |
| Patent L.R. 4-3<br>Joint Claim Construction Statement and Prehearing Statement | September 8, 2025 | November 4, 2025 |
| Patent L.R. 3-9<br>Responsive Damages Contentions | September 26, 2025 | November 21, 2025 |
| Patent L.R. 4-4<br>Close of Claim Construction Discovery | October 8, 2025 | December 4, 2025 |
| Patent L.R. 4-5 (a)<br>Opening Claim Construction Brief | October 23, 2025 | December 19, 2025 |
| Patent L.R. 4-5 (b)<br>Responsive Claim Construction Brief | November 6, 2025 | January 9, 2026 |
| Written Technology Synopsis<br><br>7 days before Case Tutorial per Claim Construction Standing Order R. 8 | November 17, 2025 | January 22, 2026 |
| Patent L.R. 4-5 (c)<br>Reply Claim Construction Brief | November 13, 2025 | January 16, 2026 |
| Patent L.R. 3-10 Damages Contentions Meeting and Certification | November 25, 2025 | January 20, 2026 |

| | | |
|---|---|---|
| Case Tutorial<br><br>One week prior to Claim Construction Hearing per Claim Construction Standing Order R. 8 | November 24, 2025 | January 29, 2026 |
| Claim Construction Hearing | December 4, 2025 | February 5, 2026 |
| Patent L.R. 3-7<br>Advice of Counsel Disclosure | | TBD<br>(30 days following service of the Court's Claim Construction Ruling) |
| Deadline to Substantially Complete Document Production | January 30, 2026 | April 6, 2026 |
| Non-Expert Discovery Cutoff | March 27, 2026 | June 8, 2026 |
| Deadline to File Non-Expert Discovery Motions | April 3, 2026 | June 15, 2026 |
| Expert Witness Disclosures (Burden) | May 1, 2026 | July 15, 2026 |
| Expert Witness Disclosures (Non-Burden) | June 5, 2026 | August 17, 2026 |
| Joint Trial Setting Conference Statement<br><br>7 days before Trial Setting Conference per Standing Order for Civil Cases R. 3 | | TBD |
| Trial Setting Conference | | TBD |
| Expert Discovery Cut-off | July 1, 2026 | September 18, 2026 |
| Deadline for Dispositive Motions and *Daubert* Motions | August 28, 2026 | November 25, 2026 |
| Deadline for Oppositions to Dispositive Motions and *Daubert* Motions | October 2, 2026 | December 23, 2026 |
| Deadline for Reply Briefs in Support of Dispositive Motions and *Daubert* Motions | November 6, 2026 | January 13, 2027 |

| Hearing on Dispositive Motions and *Daubert* Motions | | TBD |
|---|---|---|
| Pretrial Filings Including Paired Sets of Motions *In Limine* Deadline<br><br>14 days before Final Pretrial Conference Per Standing Order for Civil Jury Trials R. 2 | | TBD |
| Final Pretrial Conference<br><br>19 days before Trial per Standing Order for Civil Jury Trials R. 1 | | TBD |
| Joint Filing of Deposition Testimony and Other Discovery Offered at Trial<br><br>5 days before Trial per Standing Order for Civil Jury Trials R. 32 | | TBD |
| Trial<br><br>No more than 18 months from Initial Case Management Conference Per Standing Order for Civil Cases | Mid February 2027 | Late April 2027 |

| | | |
|---|---|---|
| 1 | DATED: April 25, 2025 | Respectfully submitted, |
| 2 | | |
| 3 | /s/ David S. Bloch<br>David S. Bloch (SBN CA 184530) | /s/ Ali-Reza Boloori<br>Ellisen S. Turner, P.C. (SBN CA 224842) |
| 4 | GREENBERG TRAURIG, LLP<br>101 Second Street, Suite 2200 | Ali-Reza Boloori (SBN CA 271489)<br>KIRKLAND & ELLIS LLP |
| 5 | San Francisco, California 94105-3668<br>Telephone:    415.590.5110 | 2049 Century Park East<br>Los Angeles, CA 90067 |
| 6 | Facsimile:    415.707.2010<br>blochd@gtlaw.com | Telephone:    (310) 552 4200<br>Facsimile:    (310) 552-5900 |
| 7 | Yang Liu (SBN CA 319390) | ellisen.turner@kirkland.com<br>ali-reza.boloori@kirkland.com |
| 8 | GREENBERG TRAURIG, LLP<br>1900 University Avenue, 5th Floor | Joseph A. Loy, P.C. (*pro hac vice*) |
| 9 | East Palo Alto, California 94303<br>Telephone:    650.328.8500 | Joshua L. Simmons, P.C. (*pro hac vice*)<br>KIRKLAND & ELLIS LLP |
| 10 | Facsimile:    650.328.8508 | 601 Lexington Avenue,<br>New York, NY 10022 |
| 11 | Joseph Petrosinelli (*pro hac vice*)<br>C. Bryan Wilson (*pro hac vice*) | Telephone:    (212) 446-4980<br>Facsimile:    (212) 446-4900 |
| 12 | Jack H. Danon (*pro hac vice*<br>WILLIAMS & CONNOLLY LLP | jloy@kirkland.com<br>joshua.simmons@kirkland.com |
| 13 | 680 Maine Avenue, S.W.<br>Washington, D.C. 20024 | Jeanne M. Heffernan, P.C. (*pro hac vice*) |
| 14 | Telephone:    202.434.5547<br>Facsimile:    202.434.5029 | KIRKLAND & ELLIS LLP<br>401 Congress Avenue |
| 15 | jpetrosinelli@wc.com<br>bwilson@wc.com | Austin, TX 78701<br>Telephone:    (512) 678-9100 |
| 16 | jdanon@wc.com | Facsimile:    (512) 678-9101<br>jheffernan@kirkland.com |
| 17 | Attorneys for Plaintiff<br>MOTIVE TECHNOLOGIES, INC. | Karthik Ravishankar (*pro hac vice*) |
| 18 | | KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue N.W. |
| 19 | | Washington, D.C. 20004<br>Telephone:    (202) 389-5000 |
| 20 | | Facsimile:    (202) 389-5200<br>karthik.ravishankar@kirkland.com |
| 21 | | Attorneys for Defendant |
| 22 | | SAMSARA INC. |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Ali-Reza Boloori, hereby attest, pursuant to N.D. Cal. Civil Local Rule 5-1(i)(3), that the concurrence to the filing of this document has been obtained from David S. Bloch, signatory hereto.

Dated: April 25, 2025

By: /s/ Ali-Reza Boloori
 Ali-Reza Boloori