UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOTIVE TECHNOLOGIES, INC., <br> Plaintiff, <br> v. <br> SAMSARA, INC., <br> Defendant. | Case No. 24-cv-00902-JD <br><br> **SCHEDULING ORDER** |

The Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

| Event | Deadline |
|---|---|
| Add Parties or Amend Pleadings | September 8, 2025 |
| Rule 26(a)(1) Initial Disclosures | September 11, 2025 |
| Patent L.R. 3-1 and 3-2 Disclosures and Accompanying Document Production | October 2, 2025 |
| Patent L.R. 3-3 and 3-4 Invalidity Contentions | November 18, 2025 |
| Patent L.R. 4-1 Exchange of Proposed Terms for Construction | December 3, 2025 |
| Patent L.R. 4-2 Exchange of Preliminary Constructions and Extrinsic Evidence | December 17, 2025 |

| Event | Deadline |
| --- | --- |
| Deadline to Request Leave to Designate more than Ten Terms for Claim Construction | January 8, 2026 |
| Patent L.R. 3-8<br><br>Damages Contentions | January 9, 2026 |
| Patent L.R. 4-3<br><br>Joint Claim Construction Statement and Prehearing Statement | January 15, 2026 |
| Patent L.R. 3-9<br><br>Responsive Damages Contentions | February 6, 2026 |
| Patent L.R. 4-4<br><br>Close of Claim Construction Discovery | February 19, 2026 |
| Patent L.R. 4-5 (a)<br><br>Opening Claim Construction Brief | March 5, 2026 |
| Patent L.R. 4-5 (b)<br><br>Responsive Claim Construction Brief | March 19, 2026 |
| Patent L.R. 4-5 (c)<br><br>Reply Claim Construction Brief and an amended, final joint claim construction statement (if necessary) | March 26, 2026 |
| Written Technology Synopsis | April 2, 2026 |
| Patent L.R. 3-10<br><br>Damages Contentions Meeting and Certification | April 3, 2026 |
| Case Tutorial | April 9, 2026, at 11:00 a.m. |
| Claim Construction Hearing | April 16, 2026, at 11:00 a.m. |
| Patent L.R. 3-7<br><br>Advice of Counsel Disclosure | TBD |
| Deadline to Substantially Complete Document Production | May 20, 2026 |
| Non-Expert Discovery Cutoff | July 24, 2026 |
| Expert Witness Disclosure (Burden) | August 28, 2026 |
| Expert Witness Disclosure (Non-Burden) | October 13, 2026 |

| Event | Deadline |
|---|---|
| Expert Discovery Cut-off | November 14, 2026 |
| Deadline for Dispositive Motions and *Daubert* Motions | February 25, 2027 |
| Deadline for Oppositions to Dispositive Motions and *Daubert* Motions | March 18, 2027 |
| Deadline for Reply Briefs in Support of Dispositive Motions and *Daubert* Motions | April 1, 2027 |
| Hearing on Dispositive Motions and *Daubert* Motions | April 15, 2027, at 10:00 a.m. |
| Final Pretrial Conference | August 12, 2027, at 1:30 p.m. |
| Jury Trial | August 30, 2027, at 9:00 a.m. |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to follow a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

IT IS SO ORDERED.

Dated: August 8, 2025

JAMES DONATO
United States District Judge

3