Yang Liu (SBN CA 319390)
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, California, 94303
Telephone: 650.328.8500
Facsimile: 650.328.8508

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOTIVE TECHNOLOGIES, INC., | CASE NO. 3:24-cv-00902-JD |
| Plaintiff, | **DECLARATION OF YANG LIU IN SUPPORT OF PLAINTIFF MOTIVE'S OPPOSITION TO MOTION FOR STAY** |
| v. | |
| SAMSARA INC., | Judge:      Hon. James Donato |
| Defendant. | Courtroom:  Courtroom 11, 19th Floor |
| And related cross-action. | |

1

DECLARATION OF YANG LIU ISO MOTIVE'S OPPOSITION TO MOTION FOR STAY
CASE NO. 3:24-cv-00902-JD

I, Yang Liu, declare:

1. I am an associate at the law firm of Greenberg Traurig, LLP, counsel of record for Motive Technologies, Inc. ("Motive"). I am admitted to practice law and in good standing in the Northern District of California and the Courts of the State of California.

2. **Exhibit A** is a true and correct copy of the United States and Patent Trademark Office ("USPTO")'s Trial Statistics from October 1st, 2025 to October 31st, 2025, resolving at the uniform resource locator ("URL") https://www.uspto.gov/sites/default/files/documents/Trial_Stats_October_2025.pdf (last accessed December 8, 2025).

3. **Exhibit B** is a true and correct copy of an article on Law360 by Dani Kass titled "Squires Institutes First PTAB Challenges Since Taking Over," resolving at the URL https://www.law360.com/ip/articles/2417100?nl_pk=aa5c23db-2e6f-44d3-9fd4-69daaee34039&utm_source=newsletter&utm_medium=email&utm_campaign=ip&utm_content=2025-12-03&read_more=1&nlsidx=0&nlaidx=1 (last accessed December 8, 2025).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 9, 2025, in East Palo Alto, California.

By: ___/s/ Yang Liu___
Yang Liu

---

2
DECLARATION OF YANG LIU ISO MOTIVE'S OPPOSITION TO MOTION FOR STAY
CASE NO. 3:24-cv-00902-JD