UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOTIVE TECHNOLOGIES, INC.,<br><br>                 Plaintiff,<br><br>  v.<br><br>SAMSARA INC.,<br><br>                 Defendant.<br><br>And related cross-action. | Case No. 3:24-CV-00902-JD<br><br>**[PROPOSED] ORDER DENYING SAMSARA, INC.'S MOTION TO STAY MOTIVE'S PATENT INFRINGEMENT CLAIMS PENDING INTER PARTES REVIEW** |

     Before the Court is Samsara's Motion to Stay Motive's Patent Claims and Motive's Opposition thereto. The Court hereby **DENIES** the motion to stay.

     **IT IS SO ORDERED.**

Dated: _____      _____
                                                                  HON. JAMES DONATO<br>
                                                                  U.S. District Judge