| | |
|---|---|
| David S. Bloch (SBN CA 184530)<br>GREENBERG TRAURIG, LLP<br>101 Second Street, Suite 2200<br>San Francisco, California 94105-3668<br>Telephone: 415.590.5110<br>Facsimile: 415.707.2010<br>blochd@gtlaw.com | JOSH KREVITT (SBN 208552)<br>JKrevitt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>310 University Avenue<br>Palo Alto, CA 94301<br>Telephone:   650.849.5300<br>Facsimile:   650.849.5333 |
| Attorney for Plaintiff and Counterclaim Defendant Motive Technologies, Inc. | Attorneys for Defendant and Counterclaim Plaintiff Samsara Inc. |
| *Additional counsel on signature page* | *Additional counsel on signature page* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOTIVE TECHNOLOGIES, INC.,<br><br>　　　　Plaintiff and Counterclaim Defendant,<br><br>　　v.<br><br>SAMSARA INC.,<br><br>　　　　Defendant and Counterclaim Plaintiff. | CASE NO. 24-CV-00902-JD<br><br>**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT UNDER P.L.R. 4-3** |

Pursuant to Patent Local Rule 4-3, Plaintiff and Counterclaim Defendant Motive Technologies, Inc. ("Motive") and Defendant and Counterclaim Plaintiff Samsara Inc. ("Samsara") (collectively the "Parties") submit the following Joint Claim Construction and Prehearing Statement ("Joint Statement").

### I. Construction of Claim Terms on Which the Parties Agree (P.L.R. 4-3(a))

The Parties have not reached an agreement on the construction of any terms.

### II. Proposed Construction of the Disputed Terms (P.L.R. 4-3(b))

Appendices A (Motive/Samsara) and B (Motive) set forth proposed constructions of each disputed term by the parties, as well as each party's proposed constructions and supporting evidence, in accordance with Patent Local Rule 4-3(b). Terms in Appendices A and B are not ranked in any fashion.

### III. Top Ten Terms for Construction (P.L.R. 4-3(c))

The Parties jointly identify only the ten terms in dispute as listed in Appendices A and B, and thus those ten claim terms are the most significant at this time to resolution of the case. Terms are not ranked in any fashion.

### IV. Length of Time for Claim Construction Hearing (P.L.R. 4-3(d))

Pursuant to Judge Donato's Standing Order for Claim Construction in Patent Cases, the parties anticipate the claim construction hearing to last approximately three hours, with each side being allotted one-and-a-half hours.

### V. Witnesses to Be Called at Claim Construction Hearing (P.L.R. 4-3(e))

The Parties currently do not expect to call witnesses at the Claim Construction Hearing.

### VI. Identification of Factual Findings (P.L.R. 4-3(f))

The parties currently do not expect to request any factual findings related to claim construction from the Court.

### VII. Copies of the Asserted Patents (Standing Order for Claim Construction)

The parties have attached the asserted patents as exhibits to this Joint Statement. The following patents are asserted by Motive: U.S. Patent Nos. 11,875,580 (Exhibit 1); 12,136,276 (Exhibit 2); and 12,062,243 (Exhibit 3). The following patents are asserted by Samsara: U.S. Patent Nos. 10,033,706 (Exhibit 4); 11,975,685 (Exhibit 5); and 12,069,041 (Exhibit 6).

| | |
|---|---|
| DATED: January 15, 2026 | Respectfully submitted, |
| /s/David S. Bloch | /s/ Josh Krevitt |
| David S. Bloch | Josh Krevitt |
| David S. Bloch (SBN CA 184530)<br>GREENBERG TRAURIG, LLP<br>101 Second Street, Suite 2200<br>San Francisco, California 94105-3668<br>Telephone: 415.590.5110<br>Facsimile: 415.707.2010<br>blochd@gtlaw.com | Josh Krevitt (SBN 208552)<br>Brian A. Rosenthal (*Pro Hac Vice*)<br>Katherine Q. Dominguez (*Pro Hac Vice*)<br>Allen Kathir (*Pro Hac Vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035<br>JKrevitt@gibsondunn.com<br>BRosenthal@gibsondunn.com<br>KDominguez@gibsondunn.com<br>AKathir@gibsondunn.com |
| Kyle D. Chen (SBN CA 239501)<br>George D. Zalepa (pro hac vice)<br>James J. DeCarlo (pro hac vice)<br>Yang Liu (SBN CA 319390)<br>GREENBERG TRAURIG, LLP<br>1900 University Avenue, 5th Floor<br>East Palo Alto, California 94303<br>Telephone: 650.328.8500<br>Facsimile: 650.328.8508<br>kchen@gtlaw.com<br>george.zalepa@gtlaw.com<br>decarloj@gtlaw.com<br>yang.liu@gtlaw.com | Jaysen S. Chung (SBN 280708)<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center Suite 2600<br>San Francisco, CA 94111-3715<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306<br>JSChung@gibsondunn.com |
| Joseph Petrosinelli (pro hac vice)<br>C. Bryan Wilson (pro hac vice)<br>Jack H. Danon (pro hac vice)<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue, S.W.<br>Washington, D.C. 20024<br>Telephone: 202.434.5547<br>Facsimile: 202.434.5029<br>jpetrosinelli@wc.com<br>bwilson@wc.com<br>jdanon@wc.com | NATHANIEL R. SCHARN (SBN 305836)<br>NScharn@gibsondunn.com<br>3161 Michelson Drive, Suite 1200<br>Irvine, CA 92612<br>Telephone:    949.451.3800<br>Facsimile:    949.451.4220 |
| *Attorneys for Motive Technologies, Inc.* | HANNAH L. BEDARD (*pro hac vice*)<br>HBedard@gibsondunn.com<br>WENDY W. CAI (*pro hac vice*)<br>WCai@gibsondunn.com<br>1700 M STREET, NW<br>Washington, DC 20036<br>Telephone:    202.955.8500<br>Facsimile:    202.467.0539<br><br>*Attorneys for Samsara Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on January 15, 2026, with a copy of this document via electronic mail.

                                                          /s/Ray Huang
                                                          Ray Huang