| | |
|---|---|
| David S. Bloch (SBN CA 184530)<br>GREENBERG TAURIG, LLP<br>101 Second Street, Suite 2200<br>San Francisco, California 94105-3668<br>Telephone:    415.590.5110<br>Facsimile:    415.707.2010<br>blochd@gtlaw.com<br><br>Attorneys for Plaintiff and Counterclaim<br>Defendant Motive Technologies, Inc.<br><br>*Additional counsel on signature page* | Josh Krevitt (SBN CA 208552)<br>GIBSON, DUNN & CRUTCHER LLP<br>310 University Avenue<br>Palo Alto, CA 94301<br>Telephone:    650.849.5300<br>Facsimile:    650.849.53333<br>JKrevitt@gibsondunn.com<br><br>Attorneys for Defendant and Counterclaim<br>Plaintiff Samsara Inc.<br><br>*Additional counsel on signature page* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOTIVE TECHNOLOGIES, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>SAMSARA INC.,<br><br>        Defendant. | CASE NO. 3:24-CV-00902-JD<br><br>**JOINT STIPULATION and [proposed] ORDER EXTENDING TIME FOR CLAIM CONSTRUCTION** |

Pursuant to Civil Local Rules 6-1(b), 6-2(a), and 37-3, Plaintiff Motive Technologies, Inc. ("Motive") and Defendant Samsara Inc. ("Samsara") hereby stipulate as follows:

WHEREAS, the deadline for Claim Construction Discovery (Patent L.R. 4-4) was set for February 19, 2026 (ECF 115);

WHEREAS the deadline to exchange Opening Claim Construction Briefs (Patent L.R. 4-5(a)) was March 5, 2026 (ECF 115);

WHEREAS the deadline to exchange Responsive Claim Construction Briefs (Patent L.R. 4-5(b)) was March 19, 2026 (ECF 115);

WHEREAS the deadline to exchange Reply Claim Construction Briefs (Patent L.R. 4-5(c)) was March 26, 2026 (ECF 115);

WHEREAS, good cause exists to modify the claim construction discovery deadline and briefing schedule. Specifically, despite attempting to agree on a deposition schedule weeks before the deadline, the parties could not identify a mutually available deposition date until March 2, 2026, after the Court-ordered February 19, 2026 deadline (ECF No. 115). The parties therefore jointly request a modest extension to the deadline for claim construction discovery. Additionally, one of Motive's key counsel experienced a sudden medical emergency involving an immediate family member. Motive therefore requests a modest extension to the briefing schedule, which Samsara does not oppose;

NOW, THEREFORE, IT IS HERBY STIPULATED by and between the parties that:

(1) The deadline to complete Claim Construction Discovery shall be extended to March 2, 2026;

(2) The deadline to exchange Opening Claim Construction Briefs shall be extended to March 12, 2026,

(3) The deadline to exchange Responsive Claim Construction Briefs shall be extended to March 26, 2026;

(4) The deadline to exchange Reply Claim Construction briefs shall be extended to April 2, 2026.

These adjustments won't affect the Claim Construction Hearing set for April 16, 2026 (ECF 115) or any other Court-ordered deadlines.

Pursuant to Civil Local Rule 6-2(b), prior time modifications in the case include: the Order

1  granting an extension of time for Samsara to respond to Motive's original complaint (ECF 33), the Order
2  granting the stipulation extending the deadline to file the Joint Proposed Case Schedule (ECF 88), the
3  Order granting the Stipulation to Extend Time for Samsara to Respond to Motive's Motion for Leave to
4  file Motive's Second Amended Complaint (ECF 100), and the Order granting the Stipulation regarding
5  Discovery of Electronically Stored Information for Standard Litigation (ECF 169).
6      IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: February 23, 2026 | Respectfully submitted, |
| 2 | | |
| 3 | /s/ David S. Bloch<br>David S. Bloch | /s/ Josh Krevitt<br>Josh Krevitt |
| 4 | David S. Bloch (SBN CA 184530) | Josh Krevitt (SBN 208552) |

DATED: February 23, 2026        Respectfully submitted,

/s/ David S. Bloch
David S. Bloch

/s/ Josh Krevitt
Josh Krevitt

David S. Bloch (SBN CA 184530)
Ray C. Huang (SBN 361135)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.590.5110
Facsimile: 415.707.2010
blochd@gtlaw.com
ray.huang@gtlaw.com

Kyle D. Chen (SBN CA 239501)
George D. Zalepa (pro hac vice)
James J. DeCarlo (pro hac vice)
Yang Liu (SBN CA 319390)
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Telephone: 650.328.8500
Facsimile: 650.328.8508
kchen@gtlaw.com
george.zalepa@gtlaw.com
decarloj@gtlaw.com
yang.liu@gtlaw.com

Joseph Petrosinelli (pro hac vice)
C. Bryan Wilson (pro hac vice)
Jack H. Danon (pro hac vice)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, D.C. 20024
Telephone: 202.434.5547
Facsimile: 202.434.5029
jpetrosinelli@wc.com
bwilson@wc.com
jdanon@wc.com

*Attorneys for Motive Technologies, Inc.*

Josh Krevitt (SBN 208552)
Brian A. Rosenthal (*Pro Hac Vice*)
Katherine Q. Dominguez (*Pro Hac Vice*)
Allen Kathir (*Pro Hac Vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035
JKrevitt@gibsondunn.com
BRosenthal@gibsondunn.com
KDominguez@gibsondunn.com
AKathir@gibsondunn.com

Jaysen S. Chung (SBN 280708)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.393.8306
JSChung@gibsondunn.com

NATHANIEL R. SCHARN (SBN 305836)
NScharn@gibsondunn.com
3161 Michelson Drive, Suite 1200
Irvine, CA 92612
Telephone:   949.451.3800
Facsimile:   949.451.4220

HANNAH L. BEDARD (*pro hac vice*)
HBedard@gibsondunn.com
WENDY W. CAI (*pro hac vice*)
WCai@gibsondunn.com
1700 M STREET, NW
Washington, DC 20036
Telephone:   202.955.8500
Facsimile:   202.467.0539

*Attorneys for Samsara, Inc.*

ORDER

Pursuant to stipulation, it is so ordered.

Dated: 3/3/2026

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge James Donato]

3

*Joint Stipulation*                                CASE NO. 3:24-cv-00902-JD