David S. Bloch (SBN CA 184530)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.590.5110
Facsimile: 415.707.2010
blochd@gtlaw.com

[*Additional submitting counsel on signature page*]

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOTIVE TECHNOLOGIES, INC, | CASE NO. 3:24-cv-00902-JD |
| Plaintiff, | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| v. | |
| SAMSARA INC., | |
| Defendant. | |
| And related cross-action. | The Honorable James Donato |

Pursuant to Civil Local Rule 79-5 and 7-11, plaintiff Motive Technologies, Inc. respectfully submits this Motion to Consider Whether Defendant Samsara Inc.'s Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories (attached as Exhibit A to Motive's Discovery Letter Brief Regarding An Outstanding Discovery Dispute) should be sealed.

Civil Local Rule 79-5(f) allows the filing party to "seek to seal because that [information] has been designated as confidential by another party or non-party (the 'Designating Party')."  Here, Samsara has marked its Supplemental Responses and Objections to Motive's First Set of Interrogatories as "Highly Confidential – Attorneys' Eyes Only":

| Document / location | Reasons for sealing |
| --- | --- |
| Samsara's Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories (Exhibit A to Motive's Discovery Letter Brief Regarding An Outstanding Discovery Dispute) | Samsara has designated this document Highly Confidential Attorneys' Eyes Only |

Motive does not assert confidentiality regarding this document but files this Administrative Request so that Samsara has an opportunity to seek appropriate relief.

DATED:  March 26, 2026

By:   */s/Ray C. Huang*

David S. Bloch (SBN CA 184530)
Ray C. Huang (SBN CA 361135)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.590.5110
Facsimile: 415.707.2010
david.bloch@gtlaw.com
ray.huang@gtlaw.com

Kyle D. Chen (SBN CA 239501)
Yang Liu (SBN CA 319390)
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, California, 94303
Telephone: 650.328.8500
Facsimile: 650.328.8508
kchen@gtlaw.com
yang.liu@gtlaw.com

George D. Zalepa (pro hac vice)
James J. DeCarlo (pro hac vice)

2

GREENBERG TRAURIG, LLP
500 Campus Dr Ste 400
Florham Park, NJ 07932
973-360-7900
george.zalepa@gtlaw.com
decarloj@gtlaw.com

Joseph G. Petrosinelli (*pro hac vice*)
C. Bryan Wilson (*pro hac vice*)
Jack H. Danon (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, D.C. 20024
Telephone: 202.434.5547
Facsimile: 202.434.5029
jpetrosinelli@wc.com
bwilson@wc.com
jdanon@wc.com

Attorneys for Plaintiff
MOTIVE TECHNOLOGIES, INC.

MOTIVE'S ADMIN. SEAL MOTION (LR 79-5(F))                    CASE NO. 3:24-CV-00902-JD