David S. Bloch (SBN CA 184530)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.590.5110
Facsimile: 415.707.2010
blochd@gtlaw.com

Yang Liu (SBN CA 319390)
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Telephone: 650.328.8500
Facsimile: 650.328.8508
yang.liu@gtlaw.com

Joseph Petrosinelli (*pro hac vice*)
C. Bryan Wilson (*pro hac vice*)
Christopher Mandernach (*pro hac vice)*
Jack H. Danon (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, D.C. 20024
Telephone: 202.434.5547
Facsimile: 202.434.5029
jpetrosinelli@wc.com
bwilson@wc.com
cmandernach@wc.com
jdanon@wc.com

Attorneys for Plaintiff
MOTIVE TECHNOLOGIES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOTIVE TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSARA INC.,<br><br>Defendant. | CASE NO. 3:24-cv-00902-JD<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I am a citizen of the United States, over the age of 18 years. I am employed in the County of San Francisco, California and my business address is Greenberg Traurig, LLP, 101 Second Street, Suite 2200, San Francisco, California 94105.

On March 27, 2026, I caused to be served the following document(s):

**EXHIBIT 1 (A) TO RAY HUANG DECLARATION UNREDACTED**

on the interested parties, addressed as follows:

| | |
|---|---|
| Allen Kathir<br>Allyson Eve Parks<br>Brian A. Rosenthal<br>Hannah Lauren Bedard<br>Katherine Dominguez<br>Wendy Wenyu Cai<br>Gibson,Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: 212-351-6282<br>akathir@gibsondunn.com<br>aparks@gibsondunn.com<br>brosenthal@gibsondunn.com<br>hbedard@gibsondunn.com<br>kdominguez@gibsondunn.com<br>wcai@gibsondunn.com | Jaysen Samuel Chung<br>Gibson, Dunn & Crutcher LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111-3715<br>Telephone: 415-393-8271<br>Facsimile: 415-374-8405<br>jschung@gibsondunn.com<br><br>Nathaniel Ryan Scharn<br>Gibson, Dunn & Crutcher LLP<br>3161 Michelson Drive, Suite 1200<br>Irvine, CA 92612<br>Telephone: 949-451-3800<br>nscharn@gibsondunn.com |
| Hannah Lauren Bedard<br>Gibson, Dunn & Crutcher LLP<br>1700 M Street, NW<br>Washington, DC 20036<br>Telephone: 202-777-9579<br>hbedard@gibsondunn.com | Joseph A. Krevitt<br>Stuart Mattison Rosenberg<br>Gibson, Dunn & Crutcher LLP<br>310 University Avenue<br>Palo Alto, CA 94301<br>Telephone: 650-849-5300<br>jkrevitt@gibsondunn.com<br>srosenberg@gibsondunn.com |

☒ **BY ELECTRONIC TRANSMISSION**: By transmitting a true and a correct copy thereof attached to the electronic email address(es) as set forth above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 27, 2026, in San Francisco, California.

*/s/ Thelma Tannis*

**Thelma Tannis**