David S. Bloch (SBN CA 184530)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.590.5110
Facsimile: 415.707.2010
blochd@gtlaw.com

Attorney for Plaintiff and Counterclaim
Defendant Motive Technologies, Inc.

*Additional counsel on signature page*

JOSH KREVITT (SBN 208552)
JKrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301
Telephone:    650.849.5300
Facsimile:    650.849.5333

Attorneys for Defendant and Counterclaim
Plaintiff Samsara Inc.

*Additional counsel on signature page*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOTIVE TECHNOLOGIES, INC.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>SAMSARA INC.,<br><br>    Defendant and Counterclaim Plaintiff. | CASE NO. 3:24-CV-00902-JD<br><br>**AMENDED JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT UNDER P.L.R. 4-3** |

Pursuant to Patent Local Rule 4-3, Plaintiff and Counterclaim Defendant Motive Technologies, Inc. ("Motive") and Defendant and Counterclaim Plaintiff Samsara Inc. ("Samsara") (collectively the "Parties") submit the following Joint Claim Construction and Prehearing Statement ("Joint Statement").

**I.    Construction of Claim Terms on Which the Parties Agree (P.L.R. 4-3(a))**

The Parties have not reached an agreement on the construction of any terms.

**II.    Proposed Construction of the Disputed Terms (P.L.R. 4-3(b))**

Appendices A (Motive/Samsara) and B (Motive) set forth proposed constructions of each disputed term by the parties, as well as each party's proposed constructions and supporting evidence, in accordance with Patent Local Rule 4-3(b).  Terms in Appendices A and B are not ranked in any fashion.

**III.    Top Ten Terms for Construction (P.L.R. 4-3(c))**

The Parties jointly identify only the ten terms in dispute as listed in Appendices A and B, and thus those ten claim terms are the most significant at this time to resolution of the case.  Terms are not ranked in any fashion.

**IV.    Length of Time for Claim Construction Hearing (P.L.R. 4-3(d))**

Pursuant to Judge Donato's Standing Order for Claim Construction in Patent Cases, the parties anticipate the claim construction hearing to last approximately three hours, with each side being allotted one-and-a-half hours.

**V.    Witnesses to Be Called at Claim Construction Hearing (P.L.R. 4-3(e))**

The Parties currently do not expect to call witnesses at the Claim Construction Hearing.

**VI.    Identification of Factual Findings (P.L.R. 4-3(f))**

The parties currently do not expect to request any factual findings related to claim construction from the Court.

**VII.    Copies of the Asserted Patents (Standing Order for Claim Construction)**

The parties have attached the asserted patents as exhibits to this Joint Statement.  The following patents are asserted by Motive: U.S. Patent Nos. 11,875,580 (Exhibit 1); 12,136,276 (Exhibit 2); and 12,062,243 (Exhibit 3).  The following patents are asserted by Samsara: U.S. Patent Nos. 10,033,706 (Exhibit 4); 11,975,685 (Exhibit 5); and 12,069,041 (Exhibit 6).

AMENDED JOINT CLAIM
CONSTRUCTION AND
PREHEARING STATEMENT UNDER          1                    CASE NO. 3:24-cv-00902-JD
P.L.R. 4-3

DATED: April 2, 2026

Respectfully submitted,

/s/ Kyle D. Chen

Kyle D. Chen

David S. Bloch (SBN CA 184530)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.590.5110
Facsimile: 415.707.2010
blochd@gtlaw.com

Kyle D. Chen (SBN CA 239501)
George D. Zalepa (pro hac vice)
James J. DeCarlo (pro hac vice)
Yang Liu (SBN CA 319390)
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Telephone: 650.328.8500
Facsimile: 650.328.8508
kchen@gtlaw.com
george.zalepa@gtlaw.com
decarloj@gtlaw.com
yang.liu@gtlaw.com

Joseph Petrosinelli (pro hac vice)
C. Bryan Wilson (pro hac vice)
Jack H. Danon (pro hac vice)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, D.C. 20024
Telephone: 202.434.5547
Facsimile: 202.434.5029
jpetrosinelli@wc.com
bwilson@wc.com
jdanon@wc.com

*Attorneys for Motive Technologies, Inc.*

/s/ Josh A. Krevitt

Josh A. Krevitt

Josh A. Krevitt (SBN 208552)
Brian A. Rosenthal (*Pro Hac Vice*)
Katherine Q. Dominguez (*Pro Hac Vice*)
Allen Kathir (*Pro Hac Vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile:  212.351.4035
JKrevitt@gibsondunn.com
BRosenthal@gibsondunn.com
KDominguez@gibsondunn.com
AKathir@gibsondunn.com

Jaysen S. Chung (SBN 280708)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile:  415.393.8306
JSChung@gibsondunn.com

NATHANIEL R. SCHARN (SBN 305836)
3161 Michelson Drive, Suite 1200
Irvine, CA 92612
Telephone:    949.451.3800
Facsimile:      949.451.4220
NScharn@gibsondunn.com

HANNAH L. BEDARD (*pro hac vice*)
WENDY W. CAI (*pro hac vice*)
1700 M STREET, NW
Washington, DC 20036
Telephone:    202.955.8500
Facsimile:      202.467.0539
HBedard@gibsondunn.com.
WCai@gibsondunn.com

*Attorneys for Samsara Inc.*

AMENDED JOINT CLAIM
CONSTRUCTION AND
PREHEARING STATEMENT UNDER
P.L.R. 4-3

2

CASE NO. 3:24-cv-00902-JD

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on April 2, 2026, with a copy of this document via electronic mail.

*/s/ Josh A. Krevitt*
Josh A. Krevitt

**ECF SIGNATURE ATTESTATION**

In accordance with Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatories hereto.

*/s/ Josh A. Krevitt*
Josh A. Krevitt

Certificate of Service                                                                                    CASE NO. 3:24-cv-00902-JD