David S. Bloch (SBN CA 184530)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone:   415.590.5110
Facsimile:   415.707.2010
blochd@gtlaw.com

Kyle D. Chen (SBN 239501)
Yang Liu (SBN CA 319390)
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, California  94303
Telephone:   650.328.8500
Facsimile:   650.328.8508
kchen@gtlaw.com
yang.liu@gtlaw.com

Joseph Petrosinelli (*pro hac vice*)
C. Bryan Wilson (*pro hac vice*)
Angela Pyo (SBN 337973)
Jack H. Danon (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, D.C. 20024
Telephone:   202.434.5547
Facsimile:   202.434.5029
jpetrosinelli@wc.com
bwilson@wc.com
apyo@wc.com
jdanon@wc.com

Attorneys for Plaintiff
MOTIVE TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOTIVE TECHNOLOGIES, INC., a Delaware Corporation<br><br>         Plaintiff,<br>v.<br><br>SAMSARA INC., a Delaware corporation<br><br>         Defendant. | CASE NO. 24-cv-00902-JD<br><br>**PLAINTIFF MOTIVE TECHNOLOGIES, INC.'S TECHNOLOGY SYNOPSIS** |

# TABLE OF CONTENTS

**Page**

I.      Introduction ........................................................................................................................3

II.     The Technology of Motive's '276 and '580 Patents ........................................................3

III.    The Technology of Motive's '243 Patent ........................................................................6

      A.      The Training Phase ................................................................................................7
      B.      Prediction Phase ....................................................................................................8
      C.      Neural Network Internal Design ...........................................................................8
      D.      Backbone and Prediction Heads ...........................................................................8
      E.      Neural Network Model Layers ..............................................................................9

IV.     The Technology of Samsara's '706 Patent ....................................................................10

V.      The Technology of Samsara's '041 Patent ....................................................................11

VI.     The Technology of Samsara's '685 Patent ....................................................................12

**MOTIVE TECHNOLOGIES, INC.'S TECHNOLOGY SYNOPSIS**                         **Case No. 24-CV-00902-JD**

## I. INTRODUCTION

This case relates to systems and methods used for fleet management to monitor and track the status of vehicles, drivers, and assets, most often in the commercial transportation arena. Such systems generally utilize cameras inside the vehicle known as "dashcams" that can face outward to view the road, inward to view the driver, or both. Additionally, such systems can include "smart" modules inside the vehicle (often called "gateways") to securely collect data (*e.g.*, speed, location, engine status, trailer temperature, etc.) from the dashcam and/or sensors in the vehicle and securely communicate such data to servers managed by the fleet operator or service provider. The aforementioned servers may be located in "the cloud," meaning they are remote servers capable of being remotely accessed by the system, often but not exclusively via wireless or cellular communications.

The technology discussed in Motive's Patent Nos. 11,875,580 ("'580 patent") and 12,136,276 ("'276 patent") relates to ways to initialize and calibrate a dashcam from videos taken through the front window of a moving vehicle.  Motive's U.S. Patent No. 12,062,243 ("'243 patent") turns the focus from the outside to the inside of the vehicle, using artificial intelligence ("AI") to identify driver behaviors (cell phone use, tiredness indicators, seat belt usage) that evidence distracted driving or other safety issues, for the wellbeing and security of fleet assets, drivers, and others on the road.

The technology discussed in Samsara's U.S. Patent No. 12,069,041 ("'041 patent") covers ways to authenticate a device in a network to ensure the data coming from or going to system components are trusted and permitted to communicate. Samsara's U.S. Patent No. 10,033,706 ("'706 patent") covers ways to synchronize data streams to avoid duplication of data needing to be analyzed or processed. Samsara's U.S. Patent No. 11,975,685 ("'685 patent") covers remotely disabling a vehicle's engine based on certain detected vehicle conditions or location.

## II. THE TECHNOLOGY OF MOTIVE'S '276 AND '580 PATENTS

The '580 and '276 patents share the same specification and describe methods for calibration of a road-facing camera-based safety system. Fleet operators use various data collection tools to monitor the location and operation of their vehicles. These systems are generally known as "telematics systems," in

**MOTIVE TECHNOLOGIES, INC.'S TECHNOLOGY SYNOPSIS**                    **Case No. 24-CV-00902-JD**

which the vehicle location, speed, and other operational information may be recorded and used to both monitor the driver's driving behavior and provide various types of asset management for the operator.

One application of this overall technology is the recording and collection of video data taken from around the vehicle as it is driven. This data is useful to both monitor the operation of the vehicle by the driver and provide the additional visual context for vehicle operational data. An example of this is that the vehicle braking information may indicate a "hard braking" event. The recorded video data corresponding to this event may, for example, show that the driver was following too closely to the traffic ahead, or it might show that the driver was driving properly but braked hard to avoid a vehicle that suddenly cut in front of them.

For these systems to operate they must be capable of estimating the distance between the host vehicle and other vehicles on the road ahead. Traditionally this has been done using various ranging technologies such as radar, laser radar, stereo imaging, and ultrasonic range detection. These systems are, however, expensive. To simplify the systems, and to reduce cost, some systems have emerged that use a single camera to record the video and use it to estimate the range of objects in the image video.

Because this approach uses only image data from the video it must rely on the detection of various landmarks in the image that can be used with image processing algorithms to estimate the range of objects on the road based on the known geometry of the roadway image. For example, if the distance between lanes on a road is known, then it is possible to estimate the distance in front of the host vehicle based on the distance between the lane lines as they converge ahead to the image's "vanishing point" (explained below). This approach exploits the fact that any image will include perspective information, wherein objects that are farther away will appear relatively smaller than similarly sized objects that are closer. This can be seen in the figure on the right, where a person in the foreground appears larger than a similarly sized person that is farther away. To make use of this information, however, it is  necessary to calibrate the camera system. If the height of the camera is known, and the camera is level and

**MOTIVE TECHNOLOGIES, INC.'S TECHNOLOGY SYNOPSIS**                    Case No. 24-CV-00902-JD

aimed directly ahead, the system can then estimate the distance of objects in the image based simply on the relative perceived sizes of known sized objects.

A key issue in this approach, however, is that there is no assurance in the field that the camera is level or that it is pointed directly forward. This problem may be exacerbated when drivers or other end users install cameras themselves. Thus, to allow this approach to work properly it is necessary to calibrate the camera.

As can be appreciated from the figure on the right, a perfectly flat, perfectly straight road will have road edges or lane lines that converge at a point off in the distance. This is known as the "vanishing point." and a horizontal line located at the vanishing point is known as the "horizon line."



In a mis-aligned camera the perspective image will be distorted. For example, if the camera is tilted, then the horizon line will be tilted. If the camera is skewed right or left, the angles of the lane lines on the right and left will be different. And if the camera is pitched up or down, the position of the vanishing point will move up or down, and the rate of convergence of the lane lines will change.

The camera alignment can be synthetically corrected by determining the alignment errors and performing a mathematical transformation in subsequent camera images. This transformation is called "Inverse Perspective Mapping" (IPM). Corrected images can then be used to accurately estimate the distance of objects in the images, without using any other ranging devices such as Radar or Lidar. Methods for determining the alignment errors involve identifying lines in the road being driven from collected images/video, including the horizon line. Identifying the lines may be done



Camera Yawed Right and Tilted Down, Lane Lines Difficult to See, Poor Horizon Estimation

MOTIVE TECHNOLOGIES, INC.'S TECHNOLOGY SYNOPSIS                    Case No. 24-CV-00902-JD

using various methods. In some cases, the identified lines are overlaid on the image or video so that a human operator can review them to either correct them, or to confirm that they are correct.



**Accurate Horizon and Lane Lines Annotated on Image**



**Image Transformed into Calibrated Camera Image**

### III.    THE TECHNOLOGY OF MOTIVE'S '243 PATENT

The ability for an inward-facing dashcam to analyze video of a driver in order to detect occurrences of the driver being distracted or behaving in an unsafe manner can be used to alert the driver and/or a fleet manager to these occurrences and thereby improve road safety.

Evidence of distracted driving can include the driver's face and eyes not being oriented towards the road (*e.g.*, pose estimation). A reason for the driver's distracted pose might be because of a detected mobile phone, cigarette, etc. (*i.e.*, object detection). The location in the video frame of detected objects might provide an additional reason for the driver's distracted pose. An overall conclusion that the driver is distracted might be based on multiple factors.

Two challenges for such analyses are: (a) to detect as many occurrences of distracted driving as possible, even if there are multiple occurrences visible in the same video frame, and (b) to make as few false claims of distracted driving as possible, which might cause the driver and/or a fleet manager to not trust the dashcam and thus ignore actual occurrences of distracted driving. This can be addressed by detecting occurrences of distracted driving using a neural network model which analyzes video recorded by an inward-facing dashcam. Neural networks are a subset of machine learning, which is a subset of AI. One way to understand the relationship between the terms AI, machine learning, and neural networks is to think of them as nested from biggest to smallest. AI is at the top level, then comes machine learning which

is a subset of AI. Deep learning is a subfield of machine learning. Neural networks make up most of the deep learning algorithms or models, which represent the way they learn.

In the context of the patent, the neural network model consists of two phases: (a) a **training phase** in which the model learns to make "predictions"[1] based on curated video image frames, and (b) a **prediction phase** in which the model applies what it learned during the training phase to make predictions for video image frames recorded by the dashcam.

### A.    The Training Phase

As discussed in the '243 patent, the **training phase** uses a *supervised* learning approach. The training phase begins with curated video frames that have each been assigned one or more labels, usually assigned by humans, where each label indicates what appears in the video frame. Example labels might be "distracted: mobile phone use," or "not distracted," or "distracted: eyes not on road ahead," etc. In this context, a single curated video frame might be assigned more than one "distracted" label.

For the training phase, the curated video frames are partitioned into batches. For each curated video frame in each batch, the model makes its prediction about what label(s) it detects in that curated video frame.[2] The model's predicted label(s) are then compared to the label(s) that were assigned to that curated video frame. The difference between the curated label(s) and the predicted label(s) is called a "loss." If the aggregate loss for all the curated video frames in the batch is at or below an acceptable threshold, the training of that batch is considered successful, and training moves to the next batch of curated video frames. If the aggregate loss for all the curated video frames in the batch is above an acceptable threshold, then the

---

[1] In this context, the term "prediction" does not mean guessing a future event based on the probability that event will occur. Instead, "prediction" means to output one or more labels given a video image frame (*e.g.*, "yes – it is a picture of a cat" or "no – the image has no cat in it").

[2] When the first curated video frame from the first batch is input into a model, no prior relationship between a video frame and its curated label(s) has been input into the model. Therefore, the first prediction made by the model during training is essentially a random guess. This is akin to the child's game of "Hot and Cold"; *i.e.*, child A hides an object from child B, child B takes a step, child A says whether that step moved child B closer to the hidden object ("Hot") or farther away from the hidden object ("Cold"). This is repeated until child B finds the hidden object. At the start of the game, child B has no information, so the first step is in a random direction.

**MOTIVE TECHNOLOGIES, INC.'S TECHNOLOGY SYNOPSIS**          Case No. 24-CV-00902-JD

training process adjusts the parameters of the model, applies these adjusted parameters to the model, then repeats this cycle by making new predictions for the same batch to "minimize the loss."[3]

### B.    Prediction Phase

When the parameters of the model have been adjusted so that the "losses" calculated for all batches of curated video frames are at or below an acceptable threshold, the training stops and the final parameters that were applied to the model are stored. The prediction phase then uses the final stored parameters to make predictions for the video frames recorded by the dashcam.

### C.    Neural Network Internal Design

Prior to the training phase, the architect of a neural network model chooses the internal design of the model. In modern models, this internal design consists of one or more layers, where the first (or only) layer (*i.e.*, the input layer) takes an input and the last (or only) layer (*i.e.*, the output layer) outputs a prediction. If there are one or more layers between the first layer and last layer, the model is described to be "deep" and the one or more layers between the first layer and last layer are described to be "hidden" layers. Each layer (except the first) receives its input from the output of an earlier layer, and each layer (except the last) sends it output to the input of a later layer.

In the context of the '243 patent, the input to the first layer of the model is a video frame. The input layer transforms the video frame into a sequence of many, many numbers that represent the video frame. That sequence of numbers is successively transformed by each layer in the model until the output layer. The output layer transforms the final sequence of numbers into a prediction that could be understood by a human (*e.g.*, "distracted: mobile phone use" or "not distracted").

### D.    Backbone and Prediction Heads

A "deep" model might be designed to predict multiple sets of labels for each video frame. For example, one set of labels might be to detect the orientation of the driver's head (up/down/left/right),

---

[3] Even though the first prediction made by the model during training is essentially a random guess and even though each training cycle causes the model to get only a tiny bit better, neural networks have shown that after hundreds of thousands, perhaps millions, of these "trial and error" cycles (which a computer performs at incredible speeds), models can be trained to make accurate predictions of labels for not only video frames on which the model has been trained, but also for video frames on which the model has not been trained. For example, if it took a human 1 minute to perform each trial and error cycle, and if that human worked 8 hours a day, 5 days a week, it would take them 8 years to complete 1 million cycles.

**MOTIVE TECHNOLOGIES, INC.'S TECHNOLOGY SYNOPSIS**     Case No. 24-CV-00902-JD

another set might be to detect a mobile phone (yes/no), and another set might be to detect the proximity of a mobile phone to either of the driver's ears (close/far).

It might be possible that one or more of the model's initial hidden layers can be designed to be common to the detection of all these multiple sets of labels. Such common layer(s) are called a "backbone." The layers that accept the output of a backbone and make a prediction are called a "prediction head."

Therefore, in the example from the first paragraph of this section, the deep model might have one backbone and three prediction heads: one prediction head to detect the orientation of the driver's head, a second prediction head to detect a mobile phone, and a third prediction head to detect the proximity of a mobile phone to either of the driver's ears.

E.    Neural Network Model Layers

A backbone and each prediction head connected to that backbone might consist of one or more layers. Each layer serves its own purpose, and multiple layers can be composed in various orders and even be repeated. The following are examples of different types of layers:

- convolutional layer – a layer which scans over the sequence of numbers representing a video frame, focusing on only a small range of those numbers at any one time. It does this to detect patterns (*e.g.*, edges in an image) and outputs these patterns as input to later layers in the model.

- batch normalization layer – from the sequence of numbers input to it, this layer outputs an equivalent sequence of numbers that are centered around zero and evenly spread among each other. This can improve the accuracy of later layers. This layer is analogous to a baker needing to re-calibrate (*i.e.*, tare) their kitchen scale.

- activation layer – the output of this layer filters its input so that only the input in which this layer is most confident will be forwarded to later layers.

- pooling layer – a layer which outputs a summary of its input data, in order to reduce computational load for later layers

- fully-connected layer – a layer which makes one or more predictions

MOTIVE TECHNOLOGIES, INC.'S TECHNOLOGY SYNOPSIS                    Case No. 24-CV-00902-JD

The following shows an exemplary flow of neural network model training and prediction:



## IV.    THE TECHNOLOGY OF SAMSARA'S '706 PATENT

The Internet of Things (IoT) technology movement that began in the mid-2000's has brought many different types of inexpensive environmental sensors to the marketplace that can be remotely monitored. For example, temperature sensors can be placed in a fleet of cargo vehicles and shipping containers. The measurements from all those sensors can be transmitted to a central server and then monitored by a logistics manager on their computer or mobile device via a single dashboard connected to that central server. The central server tracks which sensors and gateways are associated with each organization, so that the logistics managers of each organization can monitor the measurements, and only the measurements, that are related to sensors and gateways installed in their fleet.

The inexpensiveness of IoT devices is often because a sensor only contains radios (*e.g.*, low-power transmitters) designed to transmit measurements over short distances. Therefore, in order to transmit a sensor's measurements to a server, a sensor can transmit its measurements a short distance to a device (*i.e.*, a gateway) using a lower powered transmitter while the receiving device has greater transmission power to transmit those measurements a long distance. Since a given cargo vehicle or shipping container may

**MOTIVE TECHNOLOGIES, INC.'S TECHNOLOGY SYNOPSIS**                    **Case No. 24-CV-00902-JD**

require multiple sensors, each measuring a different environmental factor, centralizing in the gateway the transmission power necessary to transmit all those sensor measurements a long distance is more efficient.

While more efficient, the additional communication channel (*i.e.*, between sensors and a gateway) introduces an additional point of failure which can result in loss of some or all measurements. This data loss can be mitigated by the sensor retaining its copy of the measurements and re-sending them if a communication failure is detected. However, re-sending measurements can result in duplicate copies if the failure of the communication channel occurred after some of the measurements were initially successfully transmitted.

To ensure that the single dashboard displays as many of the measurements as possible, while at the same time not displaying duplicate measurements, the central server identifies duplicate measurements using the sequence number and timestamp assigned to each measurement by the sensor.

## V.    THE TECHNOLOGY OF SAMSARA'S '041 PATENT

Building on the above concepts, since the additional communication channel (*i.e.*, between sensors and a gateway) can be a wireless communication channel (*e.g.*, Bluetooth), all sensors in close proximity to the gateway might attempt to connect and transmit their measurements to the gateway, even if they are not authorized to do so; for example, shipping containers from different companies that are arranged in close proximity to each other, each with their own gateway and sensors.

To ensure that a gateway only receives measurements from authorized sensors, the central server sends to the gateway the identifier of the gateway and the identifier of a sensor that is authorized to connect to the gateway (other information may also be sent).

In addition, the gateway needs to verify that it received these identifiers from the authentic central server, and not from a server impersonating the authentic central server. This need is addressed by requiring the central server to send these identifiers to the gateway in a digital **certificate** that contains a digital signature. Upon receipt of the digital certificate, the gateway uses that digital signature and the verification key the gateway previously received from the authentic central server to authenticate that the digital certificate was indeed generated by the authentic central server. Digital certificates are used when a recipient of data needs to authenticate that it received the data from an authentic sender.

**MOTIVE TECHNOLOGIES, INC.'S TECHNOLOGY SYNOPSIS**          Case No. 24-CV-00902-JD

It is important for the security of the system that each gateway uses the verification key of the authentic central server and does not use the verification key of a server impersonating the authentic central server. One way to do this is by the verification key of the central server being stored on each gateway at the time each gateway is manufactured.

## VI.    THE TECHNOLOGY OF SAMSARA'S '685 PATENT

Most internal combustion piston engines (e.g. 4- or 6-cylinder, etc.) operate on a four-step cycle:

- Intake: The intake valve opens as the piston moves down the cylinder in which it resides. This causes air and fuel to be sucked into the cylinder;
- Compression: The intake valve closes and the piston moves up the cylinder, thus compressing the air fuel mixture;
- Combustion: The compressed mixture is ignited (by a spark plug (gas engine), or by spontaneous combustion (diesel engine). The combusted mixture drives the piston down, creating power; and
- Exhaust: the exhaust valve opens, and the combusted gases are pushed out into the exhaust system by the rising piston.

To get this cycle started the engine must be turning, requiring a starter motor (separate from but connected to the vehicle engine itself) to do this initial turning. Once it is "started" by this initial turning, the momentum of the engine flywheel causes it to rotate through the intake, compression, and exhaust steps based on the power generated in the combustion step, and the starter motor is no longer needed. Modern vehicles use an electric starting system that uses a low current switch (activated by the ignition pushbutton or key) that applies power to a larger relay switch, called a "solenoid switch" or "solenoid." This larger relay switch applies power from the battery to the starter motor that starts the engine turning. In the absence of a conductive path from the battery to the starter motor, the starter motor cannot be activated.

The '685 patent discusses a method for preventing a vehicle from being started by sending a command from a "client device." This command causes a switch located in the conductive path between the vehicle battery and the starter motor of the engine to change from closed to open. When the switch is in the open configuration, current cannot flow from the battery to the starter motor and thus the vehicle cannot be started. Variations on this basic approach can be used primarily based on different types of "trigger conditions" that may be used to cause the system to change the configuration of the switch.

-12-

Respectfully submitted,

Dated: April 2, 2026

By:  */s/ Kyle D. Chen*
David S. Bloch (SBN CA 184530)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone:    415.590.5110
Facsimile:     415.707.2010
blochd@gtlaw.com

Kyle Chen (SBN CA 239501)
Yang Liu (SBN CA 319390)
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, California  94303
Telephone:    650.328.8500
Facsimile:     650.328.8508
kchen@gtlaw.com
yang.liu@gtlaw.com

Joseph Petrosinelli (*pro hac vice*)
C. Bryan Wilson (*pro hac vice*)
Christopher J. Mandernach (*pro hac vice*)
Jack H. Danon (*pro hac vice*
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, D.C. 20024
Telephone:    202.434.5547
Facsimile:     202.434.5029
jpetrosinelli@wc.com
bwilson@wc.com
cmandernach@wc.com
jdanon@wc.com

Attorneys for Plaintiff
MOTIVE TECHNOLOGIES, INC.

-13-

**MOTIVE TECHNOLOGIES, INC.'S TECHNOLOGY SYNOPSIS**                    **Case No. 24-CV-00902-JD**