GIBSON, DUNN & CRUTCHER LLP
JOSH KREVITT (SBN 208552)
JKrevitt@gibsondunn.com
STUART M. ROSENBERG (SBN 239926)
SRosenberg@gibsondunn.com
310 University Avenue
Palo Alto, CA 94301
Telephone:    650.849.5300
Facsimile:    650.849.5333

BRIAN A. ROSENTHAL (*pro hac vice*)
BRosenthal@gibsondunn.com
KATHERINE Q. DOMINGUEZ (*pro hac vice*)
KDominguez@gibsondunn.com
ALLEN KATHIR (*pro hac vice*)
AKathir@gibsondunn.com
ALLYSON PARKS (*pro hac vice*)
AParks@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:    212.351.4000
Facsimile:    212.351.4035

GIBSON, DUNN & CRUTCHER LLP
JAYSEN S. CHUNG (SBN 280708)
JSChung@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:    415.393.8200
Facsimile:    415.393.8306

NATHANIEL R. SCHARN (SBN 305836)
NScharn@gibsondunn.com
3161 Michelson Drive, Suite 1200
Irvine, CA 92612
Telephone:    949.451.3800
Facsimile:    949.451.4220

HANNAH L. BEDARD (*pro hac vice*)
HBedard@gibsondunn.com
WENDY W. CAI (*pro hac vice*)
WCai@gibsondunn.com
1700 M STREET, NW
Washington, DC 20036
Telephone:    202.955.8500
Facsimile:    202.467.0539

*Attorneys for Defendant Samsara Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOTIVE TECHNOLOGIES, INC.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>  v.<br><br>SAMSARA INC.,<br><br>    Defendant and Counterclaim Plaintiff. | CASE NO. 3:24-CV-00902-JD<br><br>**DECLARATION OF JAYSEN S. CHUNG IN SUPPORT OF SAMSARA, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

Declaration of Jaysen S. Chung in Support of Samsara, Inc.'s Motion for Judgment on the Pleadings

CASE NO. 3:24-cv-00902-JD

I, Jaysen S. Chung, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.  I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Defendant and Counterclaim Plaintiff Samsara Inc. ("Samsara"). I am admitted and in good standing to practice law in the state of California. I have personal knowledge of the matters set forth below and, if called and sworn as a witness, I could and would testify competently to the facts set forth herein.

2.  I respectfully submit this declaration pursuant to Civil L.R. 7-5 in support of Samsara's Motion for Judgment on the Pleadings.

3.  Attached as Exhibit 1 is a true and correct copy of U.S. Pub. No. 2021/0117728 A1, which is prior art cited on the face of U.S. Patent No. 12,062,243.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in San Francisco, California.

DATED:  April 13, 2026

_____
Jaysen S. Chung

Declaration of Jaysen S. Chung in Support of
Samsara, Inc.'s Motion for Judgment on the          2          CASE NO. 3:24-cv-00902-JD
Pleadings