GIBSON, DUNN & CRUTCHER LLP
JOSH KREVITT (SBN 208552)
JKrevitt@gibsondunn.com
STUART M. ROSENBERG (SBN 239926)
SRosenberg@gibsondunn.com
310 University Avenue
Palo Alto, CA 94301
Telephone:    650.849.5300
Facsimile:    650.849.5333

BRIAN A. ROSENTHAL (*pro hac vice*)
BRosenthal@gibsondunn.com
KATHERINE Q. DOMINGUEZ (*pro hac vice*)
KDominguez@gibsondunn.com
ALLEN KATHIR (*pro hac vice*)
AKathir@gibsondunn.com
ALLYSON PARKS (*pro hac vice*)
AParks@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:    212.351.4000
Facsimile:    212.351.4035

GIBSON, DUNN & CRUTCHER LLP
JAYSEN S. CHUNG (SBN 280708)
JSChung@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:    415.393.8200
Facsimile:    415.393.8306

NATHANIEL R. SCHARN (SBN 305836)
NScharn@gibsondunn.com
3161 Michelson Drive, Suite 1200
Irvine, CA 92612
Telephone:    949.451.3800
Facsimile:    949.451.4220

HANNAH L. BEDARD (*pro hac vice*)
HBedard@gibsondunn.com
WENDY W. CAI (*pro hac vice*)
WCai@gibsondunn.com
1700 M STREET, NW
Washington, DC 20036
Telephone:    202.955.8500
Facsimile:    202.467.0539

*Attorneys for Defendant Samsara Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOTIVE TECHNOLOGIES, INC., | CASE NO. 3:24-CV-00902-JD |
| *Plaintiff and Counterclaim Defendant*, | |
| v. | **[PROPOSED] ORDER GRANTING SAMSARA'S MOTION FOR JUDGMENT ON THE PLEADINGS** |
| SAMSARA INC., | |
| *Defendant and Counterclaim Plaintiff*. | |

Before the Court is Samsara's Motion for Judgment on the Pleadings ("Motion"), filed by Defendant and Counterclaim Plaintiff Samsara Inc. ("Samsara") on April 13, 2026.

Having considered all papers in support and in opposition of the Motion, IT IS HEREBY ORDERED THAT the Motion is GRANTED. Plaintiff and Counterclaim Defendant Motive Technologies, Inc.'s claims for infringement of U.S. Patent Nos. 12,062,243, 11,875,580, and 12,136,276 are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
Hon. James Donato
United States District Judge