Gibson, Dunn & Crutcher LLP
JOSH KREVITT (SBN 208552)
JKrevitt@gibsondunn.com
STUART M. ROSENBERG (SBN 239926)
SRosenberg@gibsondunn.com
310 University Avenue
Palo Alto, CA 94301
Telephone: 650.849.5300

BRIAN A. ROSENTHAL (*pro hac vice*)
BRosenthal@gibsondunn.com
KATHERINE Q. DOMINGUEZ (*pro hac vice*)
KDominguez@gibsondunn.com
ALLEN KATHIR (*pro hac vice*)
AKathir@gibsondunn.com
ALLYSON PARKS (*pro hac vice*)
AParks@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone: 212.351.4000

GIBSON, DUNN & CRUTCHER LLP
JAYSEN S. CHUNG (SBN 280708)
JSChung@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200

NATHANIEL R. SCHARN (SBN 305836)
NScharn@gibsondunn.com
3161 Michelson Drive, Suite 1200
Irvine, CA 92612
Telephone: 949.451.3800

HANNAH L. BEDARD (*pro hac vice*)
HBedard@gibsondunn.com
WENDY W. CAI (*pro hac vice*)
WCai@gibsondunn.com
1700 M STREET, NW
Washington, DC 20036
Telephone: 202.955.8500

*Attorneys for Defendant Samsara Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

MOTIVE TECHNOLOGIES, INC.,

*Plaintiff and Counterclaim Defendant,*

v.

SAMSARA INC.,

*Defendant and Counterclaim Plaintiff.*

Case No. 3:24-CV-00902-JD

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2026, I caused to be served via email to all counsel of record, and I authorized the electronic filing of the following document:

**Samsara's Discovery Dispute Letter**

**Excerpts of Samsara's Interrogatory Requests to Motive and Motive's Responses**

with Clerk of this Court using the CM/ECF system. The counsel on which this document was served were addressed as follows:

David S. Bloch
Ray Huang
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.590.5110
blochd@gtlaw.com
ray.huang@gtlaw.com

Kyle D. Chen
George D. Zalepa
James J. DeCarlo
Yang Liu
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Telephone: 650.328.8500
kchen@gtlaw.com
george.zalepa@gtlaw.com
decarloj@gtlaw.com
yang.liu@gtlaw.com

Joseph Petrosinelli
C. Bryan Wilson
Jack H. Danon
Christopher John Mandernach
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, D.C. 20024
Telephone: 202.434.5547
jpetrosinelli@wc.com
bwilson@wc.com
jdanon@wc.com
cmandernach@wc.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 4, 2026

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

*/s/ Josh Krevitt*

Josh Krevitt

*Attorney for Defendant and Counterclaim Plaintiff Samsara Inc.*