# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### Civil Minutes

Date:  May 6, 2026                                            Judge:  Hon. James Donato

Time:  56 Minutes

Case No.        **3:24-cv-00902-JD**
Case Name    **Motive Technologies, Inc. v. Samsara, Inc**

Attorney(s) for Plaintiff(s):       Kyle D. Chen/Brian Wilson

Attorney(s) for Defendant(s):    Jaysen Chung/Nathaniel Scharn

Deputy Clerk:  Lisa R. Clark                         Court Reporter:  Kendra Steppler

### PROCEEDINGS

Technology Tutorial -- Held

### NOTES AND ORDERS

A tutorial is held and the Court hears from Michael Benisch and Zach Brand from Motive, and Paul Savastunuk and Eric Greenwald from Samsara.  The statements that were made at the tutorial may not be used against any party.