# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date:  May 21, 2026                                          Judge:  Hon. James Donato

Time:  34 Minutes

Case No.       **C-24-00902-JD**
Case Name      **Motive Technologies, Inc. v. Samsara, Inc.**

Attorney for Plaintiff:         David Bloch, Chris Mandernach
Attorney for Defendant:         Jayson Chung, Kate Dominguez, Nathan Scharn

Deputy Clerk:  Jean Davis                                Court Reporter:  Marla Knox

## PROCEEDINGS

Motion Hearing -- Held

## NOTES AND ORDERS

The Motion for Judgment on the Pleadings (Dkt. 197) is taken under submission.

Multiple discovery letters (Dkt Nos. 180, 184, 207, 215) are resolved as stated on the record.