David S. Bloch (SBN CA 184530)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone:      415.590.5110
Facsimile:      415.707.2010
blochd@gtlaw.com

Yang Liu (SBN CA 319390)
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, California  94303
Telephone:      650.328.8500
Facsimile:      650.328.8508
yang.liu@gtlaw.com

Joseph Petrosinelli (*pro hac vice*)
C. Bryan Wilson (*pro hac vice*)
Christopher Mandernach (*pro hac vice)*
Jack H. Danon (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, D.C. 20024
Telephone:      202.434.5547
Facsimile:      202.434.5029
jpetrosinelli@wc.com
bwilson@wc.com
cmandernach@wc.com
jdanon@wc.com

Attorneys for Plaintiff
MOTIVE TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOTIVE TECHNOLOGIES, INC., | CASE NO. 3:24-cv-00902-JD |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL OF CLAIMS** |
| SAMSARA INC., | |
| Defendant. | |

1

NOTICE OF WITHDRAWAL OF CLAIMS                                    CASE NO. 3:24-cv-00902-JD

**NOTICE IS HEREBY GIVEN THAT** Plaintiff Motive Technologies, Inc. will not pursue and hereby withdraws the Second, Third, Fourth, Fifth, Seventh, and Eighth Causes of Action in the Second Amended Complaint, ECF 107, with prejudice. Motive remains confident in the strength of its case, and is streamlining the claims for efficiency and judicial economy.

Motive will continue to pursue the First (`580 patent infringement), Sixth (violation of the Defend Trade Secrets Act), Ninth (`276 patent infringement), and Tenth (`243 patent infringement) Causes of Action in its Second Amended Complaint.

Dated: July 17, 2026

Respectfully submitted,

By: */s/ David S. Bloch*
David S. Bloch (SBN CA 184530)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone:     415.590.5110
Facsimile:     415.707.2010
blochd@gtlaw.com

Yang Liu (SBN CA 319390)
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, California  94303
Telephone:     650.328.8500
Facsimile:     650.328.8508

Joseph Petrosinelli (*pro hac vice*)
C. Bryan Wilson (*pro hac vice*)
Christopher J. Mandernach (*pro hac vice*)
Jack H. Danon (*pro hac vice*
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, D.C. 20024
Telephone:     202.434.5547
Facsimile:     202.434.5029
jpetrosinelli@wc.com
bwilson@wc.com
cmandernach@wc.com
jdanon@wc.com

Attorneys for Plaintiff
MOTIVE TECHNOLOGIES, INC.

2