David S. Bloch (SBN CA 184530)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.590.5110
Facsimile: 415.707.2010
blochd@gtlaw.com

Attorneys for Plaintiff and Counterclaim Defendant Motive Technologies, Inc.

*Additional counsel on signature page*

Josh Krevitt (SBN CA 208552)
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301
Telephone: 650.849.5300
Facsimile: 650.849.53333
JKrevitt@gibsondunn.com

Attorneys for Defendant and Counterclaim Plaintiff Samsara Inc.

*Additional counsel on signature page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

MOTIVE TECHNOLOGIES, INC.,

Plaintiff,

v.

SAMSARA INC.,

Defendant.

CASE NO. 3:24-CV-00902-JD

**STIPULATED REQUEST FOR ORDER CHANGING TIME and [proposed] ORDER EXTENDING TIME FOR EXPERT-RELATED DEADLINES**

Pursuant to ¶ 1 of Judge Donato's Standing Order for Discovery in Civil Cases, and Civil Local Rules 6-1(b), 6-2(a), and 37-3, Motive Technologies, Inc. and Samsara Inc. respectfully submit this stipulated request for an order changing time as follows:

WHEREAS, the deadline to complete Expert Witness Disclosure (Burden) was set for August 28, 2026 (ECF 115);

WHEREAS the deadline to complete Expert Witness Disclosure (Non-Burden) was set for October 13, 2026 (ECF 115);

WHEREAS the deadline to complete Expert Discovery Cut-off was set for November 14, 2026 (ECF 115);

WHEREAS the deadline to file Dispositive Motions and *Daubert* Motions was set for February 25, 2027 (ECF 115);

WHEREAS the deadline to file Oppositions to Dispositive Motions and *Daubert* Motions was set for March 18, 2027 (ECF 115);

WHEREAS the deadline to file Reply Briefs in Support of Dispositive Motions and *Daubert* Motions was set for April 1, 2027 (ECF 115);

WHEREAS the deadline to complete the Hearing on Dispositive Motions and *Daubert* Motions was set for April 15, 2027 (ECF 115);

WHEREAS, pursuant to Civil Local Rule 6-2(a)(1), good cause exists to modify the expert discovery deadlines and briefing schedule. Pursuant to Federal Rule of Civil Procedure 26(2)(B), Expert Witness Disclosure requires submission of written reports containing but not limited to, "a complete statement of all opinions the [expert] witness[es] will express and the basis and reasons for them." Both parties in this case have asserted patent infringement claims and counterclaims. *See* ECF 107, ECF 199. Thus, the parties' experts will opine on various topics, including patent infringement, patent invalidity, and infringement-based damages. Declaration of David S. Bloch ("Bloch Decl.") ¶ 3. The patent claims at issue in these opinions are subject to patent-eligibility challenges under 35 U.S.C. § 101. *Id.* In addition, the meaning of claim terms at issue in these patent claims may be affected by the Court's pending claim construction rulings. *Id.* The parties have completed briefing on these issues. *See* ECFs 213, 224, 227 (regarding Motive's Motion to Dismiss Samsara's Patent Infringement Counterclaims); ECFs 197, 204,

210 (regarding Samsara's Motion for Judgment on the Pleadings); and ECFs 157, 172, 173, 179, 182, 188, 189, 190 (regarding the parties' proposed claim constructions). These motions have been fully briefed and submitted. *See* ECFs 219, 229. The parties agree that any patent-related expert reports will need to account for the Court's forthcoming rulings on those motions. Bloch Decl. ¶ 4. The parties likewise agree that the current August 28 Expert Witness Disclosure deadline should be extended until after the Court's rulings on those motions to avoid the need for post-hoc supplementation of the reports. *Id*. In light of the foregoing, and to promote efficiency, avoid potentially duplicative expert discovery, and afford the parties adequate time to prepare expert disclosure and reports relevant to any and all issues remaining in the case following the Court's rulings, the parties submit this stipulated request to extend the current schedule governing expert-related deadlines (Bloch Decl. ¶ 5);

WHEREAS, pursuant to Civil Local Rule 6-2(a)(2), prior time modifications in the case include: the Order granting an extension of time for Samsara to respond to Motive's original complaint (ECF 33), the Order granting the stipulation extending the deadline to file the Joint Proposed Case Schedule (ECF 88), the Order granting the Stipulation to Extend Time for Samsara to Respond to Motive's Motion for Leave to file Motive's Second Amended Complaint (ECF 100), the Order granting the Stipulation regarding Discovery of Electronically Stored Information for Standard Litigation (ECF 169), and the Order granting the Stipulation regarding Claim Construction Deadlines (ECF 171); and

WHEREAS, pursuant to the Civil Local Rule 6-2(a)(3), these adjustments will not affect the dates for the Final Pretrial Conference (August 12, 2027) or Jury Trial (August 30, 2027) (ECF 115) (Bloch Decl. ¶ 6).

NOW, THEREFORE, THE PARTIES RESPECTFULLY REQUEST THE FOLLOWING:

(1) the deadline to complete Expert Witness Disclosure (Burden) shall be extended to two weeks after the Court's final rulings on the parties' § 101 and claim construction-related filings (*see* ECFs 219, 229).

(2) the following list of expert-related deadlines will be negotiated and adjusted in good faith based on the newly set Expert Witness Disclosure (Burden) deadline, as soon as the parties have obtained final Court rulings on the parties' § 101 and claim construction-related filings: Expert Witness Disclosure (Non-Burden), Expert Discovery Cut-off, Dispositive Motions and *Daubert* Motions, Oppositions to

Dispositive Motion and *Daubert* Motion, Reply Briefs in Support of Dispositive Motion and *Daubert* Motions, and Hearing on Dispositive Motions and *Daubert* Motions (*see* ECF 115).

(3) in the event that the Court's final rulings on the parties' § 101 and claim construction-related filings (*see* ECFs 219, 229) are not entered by October 30, 2026, the parties will meet and confer and, within five (5) business days, submit to the Court a proposal concerning the remaining pretrial deadlines.

DATED: August 27, 2026

*/s/ David S. Bloch*
David S. Bloch

David S. Bloch (SBN CA 184530)
Ray C. Huang (SBN 361135)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.590.5110
Facsimile: 415.707.2010
blochd@gtlaw.com
ray.huang@gtlaw.com

Kyle D. Chen (SBN CA 239501)
George D. Zalepa (pro hac vice)
James J. DeCarlo (pro hac vice)
Yang Liu (SBN CA 319390)
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Telephone: 650.328.8500
Facsimile: 650.328.8508
kchen@gtlaw.com
george.zalepa@gtlaw.com
decarloj@gtlaw.com
yang.liu@gtlaw.com

Joseph Petrosinelli (pro hac vice)
C. Bryan Wilson (pro hac vice)
Jack H. Danon (pro hac vice)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, D.C. 20024
Telephone: 202.434.5547
Facsimile: 202.434.5029
jpetrosinelli@wc.com
bwilson@wc.com
jdanon@wc.com

*Attorneys for Motive Technologies, Inc.*

Respectfully submitted,

*/s/Josh Krevitt*
Josh Krevitt

Josh Krevitt (SBN 208552)
Brian A. Rosenthal (*Pro Hac Vice*)
Katherine Q. Dominguez (*Pro Hac Vice*)
Allen Kathir (*Pro Hac Vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035
JKrevitt@gibsondunn.com
BRosenthal@gibsondunn.com
KDominguez@gibsondunn.com
AKathir@gibsondunn.com

Jaysen S. Chung (SBN 280708)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.393.8306
JSChung@gibsondunn.com

NATHANIEL R. SCHARN (SBN 305836)
NScharn@gibsondunn.com
3161 Michelson Drive, Suite 1200
Irvine, CA 92612
Telephone: 949.451.3800
Facsimile: 949.451.4220

HANNAH L. BEDARD (*pro hac vice*)
HBedard@gibsondunn.com
WENDY W. CAI (*pro hac vice*)
WCai@gibsondunn.com
1700 M STREET, NW
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Samsara, Inc.*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)**

I, David S. Bloch, hereby attest, pursuant to N.D. Cal. Civil Local Rule 5-1, that the concurrence to the filing of this document has been obtained from Josh Krevitt, signatory hereto

Dated: August 27, 2026

By: */s/ David S. Bloch*

David S. Bloch
*Attorneys for Motive Technologies, Inc*

**[Proposed] Order**

Pursuant to Stipulation, and good cause appearing therefore, IT IS SO ORDERED.

DATED: ____________________

______________________________
U.S. DISTRICT JUDGE