David S. Bloch (SBN CA 184530)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.590.5110
Facsimile: 415.707.2010
blochd@gtlaw.com

Attorneys for Plaintiff and Counterclaim Defendant Motive Technologies, Inc.

*Additional counsel on signature page*

Josh Krevitt (SBN CA 208552)
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301
Telephone: 650.849.5300
Facsimile: 650.849.53333
JKrevitt@gibsondunn.com

Attorneys for Defendant and Counterclaim Plaintiff Samsara Inc.

*Additional counsel on signature page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

MOTIVE TECHNOLOGIES, INC.,

Plaintiff,

v.

SAMSARA INC.,

Defendant.

CASE NO. 3:24-CV-00902-JD

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING REMAINING EXPERT AND PRETRIAL SCHEDULE**

Plaintiff and Counterclaim Defendant Motive Technologies, Inc. and Defendant and Counterclaim Plaintiff Samsara Inc., by and through their respective counsel, respectfully submit the following stipulation regarding the remaining expert and pretrial schedule:

WHEREAS, the Court's Scheduling Order established deadlines for expert disclosures, expert discovery, dispositive and Daubert motions, the Final Pretrial Conference, and Trial (ECF No. 115);

WHEREAS, the parties previously stipulated, and the Court ordered, that expert disclosures on issues for which a party bears the burden of proof would be due fourteen (14) calendar days after the Court's final rulings on the parties' pending patent-eligibility and claim-construction-related filings (ECF Nos. 254, 256);

WHEREAS, the parties further agreed, and the Court ordered, that if the Court had not entered its rulings by October 30, 2026, the parties would meet and confer and submit a proposal concerning the remaining expert and pretrial deadlines (ECF Nos. 254, 256);

WHEREAS, the Court has not yet entered those rulings, and the parties have met and conferred pursuant to the Court's prior Order (ECF No. 256);

WHEREAS, the timing and substance of the Court's forthcoming rulings may affect the scope and timing of the parties' expert disclosures and expert discovery and, in turn, the remaining pretrial deadlines;

WHEREAS, in light of the timing of the Court's forthcoming rulings and the remaining case schedule, the parties have agreed that after the Court issues its rulings, the parties should meet and confer and promptly propose a schedule for the remaining expert disclosure, expert discovery, and pretrial deadlines;

WHEREAS, the parties further agree that, if the Court has not entered those rulings by December 31, 2026, the parties will make a further joint submission concerning the remaining expert disclosure, expert discovery, and pretrial deadlines by January 8, 2027; and

WHEREAS, this Stipulation does not modify any currently scheduled deadline and does not alter the Final Pretrial Conference scheduled for August 12, 2027, or the Jury Trial scheduled for August 30, 2027.

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE, SUBJECT TO THE

COURT'S APPROVAL, AS FOLLOWS:

(1) Within five business days after the Court enters its final rulings on the parties' pending patent-eligibility and claim-construction-related filings identified in the parties' prior stipulation (ECF 254), the parties shall meet and confer and submit a joint proposed schedule for the remaining expert disclosure, expert discovery, and pretrial deadlines.

(2) If the Court has not entered its final rulings on those filings by December 31, 2026, the parties shall submit a further joint proposal to the Court concerning the remaining expert disclosure, expert discovery, and pretrial deadlines by January 8, 2027.

(3) Nothing in this Stipulation modifies any currently scheduled deadline or alters the Final Pretrial Conference scheduled for August 12, 2027, or the Jury Trial scheduled for August 30, 2027.

DATED: November 6, 2026

*/s/ Ray C. Huang*

Ray C. Huang

David S. Bloch (SBN CA 184530)
Patrick T. Michael (SBN CA 169745)
Ray C. Huang (SBN 361135)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.590.5110
Facsimile: 415.707.2010
blochd@gtlaw.com
ray.huang@gtlaw.com

Kyle D. Chen (SBN CA 239501)
George D. Zalepa (pro hac vice)
James J. DeCarlo (pro hac vice)
Yang Liu (SBN CA 319390)
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Telephone: 650.328.8500
Facsimile: 650.328.8508
kchen@gtlaw.com
george.zalepa@gtlaw.com
decarloj@gtlaw.com
yang.liu@gtlaw.com

Joseph Petrosinelli (pro hac vice)
C. Bryan Wilson (pro hac vice)
Jack H. Danon (pro hac vice)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, D.C. 20024
Telephone: 202.434.5547
Facsimile: 202.434.5029
jpetrosinelli@wc.com
bwilson@wc.com
jdanon@wc.com

*Attorneys for Motive Technologies, Inc.*

Respectfully submitted,

*/s/ Jaysen S. Chung*

Jaysen S. Chung

Josh Krevitt (SBN 208552)
Brian A. Rosenthal (*Pro Hac Vice*)
Katherine Q. Dominguez (*Pro Hac Vice*)
Allen Kathir (*Pro Hac Vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035
JKrevitt@gibsondunn.com
BRosenthal@gibsondunn.com
KDominguez@gibsondunn.com
AKathir@gibsondunn.com

Jaysen S. Chung (SBN 280708)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.393.8306
JSChung@gibsondunn.com

NATHANIEL R. SCHARN (SBN 305836)
NScharn@gibsondunn.com
3161 Michelson Drive, Suite 1200
Irvine, CA 92612
Telephone: 949.451.3800
Facsimile: 949.451.4220

HANNAH L. BEDARD (*pro hac vice*)
HBedard@gibsondunn.com
WENDY W. CAI (*pro hac vice*)
WCai@gibsondunn.com
1700 M STREET, NW
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Samsara, Inc.*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)**

I, Ray C. Huang, hereby attest, pursuant to N.D. Cal. Civil Local Rule 5-1, that the concurrence to the filing of this document has been obtained from Jaysen S. Chung, signatory hereto

Dated: November 6, 2026

By: */s/ Ray C. Huang*

Ray C. Huang
*Attorneys for Motive Technologies, Inc*

**[Proposed] Order**

Pursuant to Stipulation, and good cause appearing therefore, IT IS SO ORDERED.

DATED: ____________________

____________________________________
HON. JAMES DONATO
U.S. DISTRICT JUDGE